# EXHIBIT 5

exhibits



Amanda Metskas <amanda.metskas@campquest.org>

---

## Fwd: Scheduling a Call

**Edwina Rogers** <edwina@secular.org>                                              Sat, May 24, 2014 at 10:59 AM
To: Amanda Metskas <president@secular.org>

Over to you boss lady. Your new shit storm for this week. I think if I sit back and do nothing then I would be a very successful member of the tribal secular community. A couple of hill visits and a lobby day and call that a year of progress. Should I rethink my desire and mission to build a strong and large secular community and get all other groups trying for the same goal? Not a good month for such a mission to say the least. Any advice or help is much appreciated.

Edwina Rogers
Executive Director
Secular Coalition for America
1012 14th St., NW, Suite 205
Washington, DC 20005
Office (202) 299 1091 ext. 207
Mobile (202) 674 7800
edwina@secular.org
www.secular.org


Begin forwarded message:

> **From:** Edwina Rogers <edwina@secular.org>
> **Date:** May 24, 2014 at 10:43:28 AM EDT
> **To:** Greg Langer <glangerlaw@gmail.com>
> **Subject: Re: Scheduling a Call**
>
> What do you mean? I have nothing new that we have not been doing. And if we did -- good for us all. The same that SCA did for Ex Muslims, Muslimish, Ex Muslim Women's Network, Black Non Believers, and the list goes on and on? Sarah has been with us two to three days a week for nine months and now she can give us five days. What we do is called lending a helping hand, secular neighborhood building and secular community initiative but is not a formal incorporated entity. So you changed the name of your project from humanist to secular and now claim all things secular? Is this the complaint? We have offered to be the back office for any nontheist group that exist or wants to exist no matter the label. We complete c3 forms, do incorporations, help secure addresses, write bylaws, help with websites, fundraising training, etc. There are about 2k weak groups in the US and we need 40k strong ones. We focus in states where our state coalitions are weak due to no strong groups in the state. We are a coalition so our participants are groups. Are you saying that you own this space and that you and the Harvard Humanist Community has all this covered? Really? Shall I send over the stack of c3 applications to be completed from my desk to you? No strong secular community -- then no seat at the policy making table. If we had one hundred groups offering what we offer - that would not be near enough to make a dent on the need. Please explain your non positive thoughts about me? It is my 50th birthday and I am in Key Largo for the party with my family and loved ones. I have had enough small minded in fighting with the secular movement for this week. Actually enough for a life time. I did not take you to be tribal. Please explain. Michael Lewis is offering the same as SCA does but for a fee so you can tackle him first and then save me for next week. CFI also does some of this community

building for even non CFI groups so you will need to speak to Ron also if you really believe you have all community building needs covered and own that space.  I just cut and pasted from my email to you, Ron, August, Amanda, Stephen, etc. from last month.  So adding Sarah for two more days a week is your concern because that is the only change.

I wish you and the Harvard Humanist Community could do much more than you currently do on all fronts -- not less.  Too bad you do not seem to want the same for SCA and me.

Edwina Rogers
Executive Director
Secular Coalition for America
1012 14th St., NW, Suite 205
Washington, DC 20005
Office (202) 299 1091 ext. 207
Mobile (202) 674 7800
edwina@secular.org
www.secular.org


On May 24, 2014, at 9:43 AM, Greg Langer <glangerlaw@gmail.com> wrote:

> How about today? I don't want to continue thinking what I'm now thinking about you if it's not warranted.
>
> Sent from my iPad
>
> On May 23, 2014, at 7:16 PM, Edwina Rogers <edwina@secular.org> wrote:
>
>> How is noon on Wednesday?  East Coast time.
>>
>> Edwina Rogers
>> Executive Director
>> Secular Coalition for America
>> 1012 14th St., NW, Suite 205
>> Washington, DC 20005
>> Office (202) 299 1091 ext. 207
>> Mobile (202) 674 7800
>> edwina@secular.org
>> www.secular.org
>>
>>
>> On May 22, 2014, at 5:28 PM, Greg Langer <glangerlaw@gmail.com> wrote:
>>
>>> Hi Edwina,
>>>
>>> I just received this email from Jesse and was wondering what it was all about.  Please advise.
>>>
>>> Best,
>>> Greg

>---------- Forwarded message ----------
>From: **Sarah Levin** <sarah@secular.org>
>Date: Thu, May 22, 2014 at 4:47 PM
>Subject: Scheduling a Call
>To: jesse.galef@gmail.com
>
>Hi Jesse,
>
>I very recently graduated and started full-time as SCA's Secular Community Coordinator for the Secular Neighborhood Community Project. I think you and I are doing very similar outreach and that both of us could benefit from working closely together. Can we schedule a call to further discuss how we can start working together? Looking forward to speaking with you!
>
>Best,
>
>Sarah
>
>--
>Sarah Marie Levin
>Secular Community Coordinator
>Secular Coalition for America
>1012 14th St. NW, Suite 205
>Washington, DC 20005
>(202) 299-1091
>www.secular.org

---

**Amanda Metskas** <amanda.metskas@campquest.org>                Sat, May 24, 2014 at 11:06 AM
To: Patricia Guzikowski <pattygee@wi.rr.com>, Bonnie Cousens <bonniecousens@gmail.com>, H Alexander Satorie-Robinson <alexander@harobinson.net>, Roy Speckhardt <rspeckhardt@americanhumanist.org>

See thread below that Edwina forwarded to me between her and Greg Langer. I have not replied to Edwina yet.

Begin forwarded message:

>From: Edwina Rogers <edwina@secular.org>
>Date: May 24, 2014 at 10:59:27 AM EDT
>To: Amanda Metskas <president@secular.org>
>Subject: **Fwd: Scheduling a Call**

[Quoted text hidden]

---

**Patty Guzikowski** <pattygee@wi.rr.com>                        Sat, May 24, 2014 at 12:16 PM
To: Amanda Metskas <amanda.metskas@campquest.org>, Bonnie Cousens <bonniecousens@gmail.com>, H Alexander Satorie-Robinson <alexander@harobinson.net>, Roy Speckhardt <rspeckhardt@americanhumanist.org>

Perhaps talking to her about this tendency towards sarcasm would be a good idea. It's pretty unprofessional, don't you think? If she's rethinking her desire and mission to build a large secular community, that means she's rethinking whether or not to stay in her job. Maybe the way to approach it is to tell her that the message below comes across like she's asking if she should quit her job, not like she actually wants advice or help, because it starting off with sarcasm and ending with request for help is pretty contradictory. Biting sarcasm isn't an appropriate response to conflict resolution and it's not a way to foster cooperation. She's calling our community "tribal", which is not a good viewpoint for a person who is trying to build a strong and large-scale community and get all the groups trying for the same goal. Actually, her job is not to get all the other groups to try for the same goal, and what she's saying sounds like she thinks she can single-handedly build this community herself, and those who aren't on board with that are working against her.

I guess we really have our work cut out for us. Amanda, I'll call you early this afternoon, if that's OK with you (remember I'm on central time).

Patty

---

**From:** Amanda Metskas [mailto:amanda.metskas@campquest.org]
**Sent:** Saturday, May 24, 2014 10:06 AM
**To:** Patricia Guzikowski; Bonnie Cousens; H Alexander Satorie-Robinson; Roy Speckhardt

[Quoted text hidden]

[Quoted text hidden]

---

**Roy Speckhardt** <rspeckhardt@americanhumanist.org>                Sat, May 24, 2014 at 12:25 PM
To: Amanda Metskas <amanda.metskas@campquest.org>
Cc: Patricia Guzikowski <pattygee@wi.rr.com>, Bonnie Cousens <bonniecousens@gmail.com>, H Alexander Satorie-Robinson <alexander@harobinson.net>

To lay it on the table, my bias in a situation like this is more employer than HR. I'm going on the assumption that this is fully confidential so I'm going to give my view openly.

When considering a very serious employee problem, one of first things I ask myself is, is this 1) a problem I can live with even though I'd like it to be improved upon, or 2) a problem that if it persists is not tenable, or 3) a problem that forces immediate action. That helps me decide whether or not my actions are mostly encouragement/refocusing, putting on notice and describing what's needed in order to continue, or determining the best way to let the person go.

These problems with defensiveness that escalates to counter-attacks, failing to put the coalition part of the organization as first priority, and lack of consistent professionalism, seemed more a level one matter until recent events. Over the past couple weeks, it looked like the situation was advancing into the second level. While I don't wish to speak for the IHS board, I think I'm correct in saying that there's feeling that the coalition nature of this organization is broken with Edwina at the helm, and not seemingly easily fixable. But what I'm seeing today is possibly level three.

DC is a hire/fire at will state, but I believe that a record of insubordination (against a new board member and to you as well) like that which exists in this thread is immediate cause for dismissal if the decision is made to proceed in that fashion. I may be missing facts and chains of events, so I hesitate to outright recommend such a step, but it seems appropriate to at least have it on the table.

-Roy

---
Roy Speckhardt
Executive Director
American Humanist Association
http://www.americanhumanist.org
http://www.facebook.com/AmericanHumanist
1-800-837-3792
[Quoted text hidden]

---

**Patty Guzikowski** <pattygee@wi.rr.com>                                                      Sat, May 24, 2014 at 12:25 PM
To: Amanda Metskas <amanda.metskas@campquest.org>

I'm sending this just to you on purpose.

I'm embarrassed to admit I didn't read her response to Greg before I wrote my response to the group. YIKES! I mean, WTF? If she can't treat other people with respect, she needs to leave. This is really serious. Rude, condescending, inappropriate—and, frankly, immature as hell. This doesn't sound like a person who wants to build coalitions. She's really shitty to her peers, subordinates, and superiors as well. Pretty much to everyone. I'm floored, really. Can you even imagine talking to anyone like this? I can't stress how unacceptable I find her behavior. If we can't get her to realize that if her desired outcome is cooperation, being rude and confrontational is not the way to get there, then I have no hope that she'll be able to fulfill her responsibilities in her position. It's pretty much Management 101 to think about what you want to get out of an interaction before you proceed. It looks like what she wanted to get out of it was to piss off Greg and confirm all the fears everyone had about her when she was hired.

I guess that about sums up how I feel. Well, maybe not…right now I feel that if was actually up to me, I'd tell her that one more outburst like that one would get her fired, and that she should realize that even giving her another chance after everything that's been going on is pretty generous on our part.

---

**From:** Amanda Metskas [mailto:amanda.metskas@campquest.org]
**Sent:** Saturday, May 24, 2014 10:06 AM
**To:** Patricia Guzikowski; Bonnie Cousens; H Alexander Satorie-Robinson; Roy Speckhardt

[Quoted text hidden]

[Quoted text hidden]

---

**Patty Guzikowski** <pattygee@wi.rr.com>                                                      Sat, May 24, 2014 at 12:26 PM
To: Roy Speckhardt <rspeckhardt@americanhumanist.org>, Amanda Metskas <amanda.metskas@campquest.org>
Cc: Bonnie Cousens <bonniecousens@gmail.com>, H Alexander Satorie-Robinson <alexander@harobinson.net>

AGREED!

**From:** Roy Speckhardt [mailto:rspeckhardt@americanhumanist.org]
**Sent:** Saturday, May 24, 2014 11:25 AM
**To:** Amanda Metskas
**Cc:** Patricia Guzikowski; Bonnie Cousens; H Alexander Satorie-Robinson

[Quoted text hidden]

[Quoted text hidden]

---

**Amanda Metskas** <amanda.metskas@campquest.org>                                                       Sat, May 24, 2014 at 12:45 PM
To: Patty Guzikowski <pattygee@wi.rr.com>

Yup. I think we need to let her go. ASAP.

Looking forward to your call.

Thanks. :)
Amanda
[Quoted text hidden]

---

**Bonnie** <bonniecousens@gmail.com>                                                                              Sat, May 24, 2014 at 5:14 PM
To: Patty Guzikowski <pattygee@wi.rr.com>
Cc: Roy Speckhardt <rspeckhardt@americanhumanist.org>, Amanda Metskas <amanda.metskas@campquest.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, bonniecousens@shj.org

I agree -- but we probably should talk about the best way to proceed. And we need to plan for both the board and member org meetings and the summit.
Bonnie

Sent from my iPad
[Quoted text hidden]

---

**Amanda Metskas** <amanda.metskas@campquest.org>                                                       Sat, May 24, 2014 at 6:47 PM
To: Bonnie <bonniecousens@gmail.com>
Cc: Patty Guzikowski <pattygee@wi.rr.com>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, "bonniecousens@shj.org" <bonniecousens@shj.org>

Agree. I've talked with Patty, Roy, and Bonnie at this point. Still need to connect with Alexander.

I agree that us all talking together would be good. I can be available anytime except for 3pm-6pm tomorrow. I can be available before 11am Monday, but otherwise not until 9pm Monday.

akm
[Quoted text hidden]

---

**pattygee** <pattygee@wi.rr.com>                                                                                      Sat, May 24, 2014 at 7:04 PM
To: Amanda Metskas <amanda.metskas@campquest.org>, Bonnie <bonniecousens@gmail.com>
Cc: Roy Speckhardt <rspeckhardt@americanhumanist.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, "bonniecousens@shj.org" <bonniecousens@shj.org>

I'm not available tomorrow at all but I can be available Monday morning.

Sent from my Verizon Wireless 4G LTE smartphone
[Quoted text hidden]

**Amanda Metskas** <amanda.metskas@campquest.org>  Sat, May 24, 2014 at 7:15 PM
To: pattygee <pattygee@wi.rr.com>
Cc: Bonnie <bonniecousens@gmail.com>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, "bonniecousens@shj.org" <bonniecousens@shj.org>

Does Monday at 9am work for you all?
[Quoted text hidden]

**Alexander** <alexander@harobinson.net>  Sat, May 24, 2014 at 9:07 PM
To: Amanda Metskas <amanda.metskas@campquest.org>
Cc: pattygee <pattygee@wi.rr.com>, Bonnie <bonniecousens@gmail.com>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, "bonniecousens@shj.org" <bonniecousens@shj.org>

That works for me.

Alexander

Sent from my iPad
[Quoted text hidden]

**pattygee** <pattygee@wi.rr.com>  Sat, May 24, 2014 at 9:28 PM
To: Amanda Metskas <amanda.metskas@campquest.org>
Cc: Bonnie <bonniecousens@gmail.com>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, "bonniecousens@shj.org" <bonniecousens@shj.org>

Any chance we can make it 9:30? That's 8:30 for me.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Amanda Metskas
[Quoted text hidden]

**Amanda Metskas** <amanda.metskas@campquest.org>  Sat, May 24, 2014 at 9:42 PM
To: pattygee <pattygee@wi.rr.com>

Possible, but I have to be on an airplane at 11:15.
[Quoted text hidden]

**pattygee** <pattygee@wi.rr.com>  Sat, May 24, 2014 at 10:11 PM
To: Amanda Metskas <amanda.metskas@campquest.org>

I'll do 9:00 if that works for everyone. At least I'm in wisconsin and not California :-)

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Amanda Metskas
Date:05/24/2014 8:42 PM (GMT-06:00)
To: pattygee

[Quoted text hidden]

---

**Amanda Metskas** <amanda.metskas@campquest.org>     Sun, May 25, 2014 at 9:04 AM
To: pattygee <pattygee@wi.rr.com>

Thanks!
[Quoted text hidden]

---

**Amanda Metskas** <amanda.metskas@campquest.org>     Sun, May 25, 2014 at 9:06 AM
To: pattygee <pattygee@wi.rr.com>
Cc: Bonnie <bonniecousens@gmail.com>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, "bonniecousens@shj.org" <bonniecousens@shj.org>

Hi Patty, Alexander, Bonnie, and Roy,

I talked with Patty and she is okay with 9am tomorrow - Monday may 26.

Call: 530-881-1000
Code: 119022#

Thank you all for making yourselves available on a holiday weekend. I know this isn't your preferred activity for Memorial Day.

Amanda


On May 24, 2014, at 9:28 PM, pattygee <pattygee@wi.rr.com> wrote:

[Quoted text hidden]

---

**Bonnie** <bonniecousens@gmail.com>     Sun, May 25, 2014 at 12:34 PM
To: Amanda Metskas <amanda.metskas@campquest.org>
Cc: pattygee <pattygee@wi.rr.com>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, "bonniecousens@shj.org" <bonniecousens@shj.org>

I can do it. Thank you.
mbc

Sent from my iPad
[Quoted text hidden]