# EXHIBIT 6

exhibits

**SECULAR COALITION FOR AMERICA**
Meeting of the Board of Directors
Conference Call
Friday, May 30, 2014

Present:   Jamila Bey, Bonnie Cousens, Michael Lewis, Amanda Metskas, David Niose, Sasha Pudelski, H. Alexander Satorie-Robinson, Mandisa Thomas

Absent:   Patty Guzikowski, Sheila Kennedy

Meeting called to order at noon by President Amanda Metskas.

Neither Patty Guzikowski nor Sheila Kennedy are able to be present; both approved of the proposed action.

Metskas explained proposed action and plan for moving forward. Discussion followed.

1M   Motion by Alexander Satorie-Robinson, second by Sasha Pudelski that Edwina Rogers be asked to resign; if she is unwilling to do so, she will be dismissed without cause. Plan is in place to hire an interim executive director and undertake a search for an Executive Director immediately. Motion approved unanimously.

Metskas and Satorie-Robinson will meet with Rogers on Monday afternoon, June 2, at Satorie-Robinson's office to inform her of decision, and again on Tuesday morning, June 3, to finalize her departure. Metskas will remain at SCA office through SCA June board meeting.

Meeting adjourned at 12:55pm.

Respectfully submitted,
M. Bonnie Cousens
Secretary