# EXHIBIT 7

exhibits

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWINA C. ROGERS,

    Plaintiff,

vs.                               Case No. 1:15-cv-00767-CRC

SECULAR COALITION
FOR AMERICA *et al.*,

    Defendants.

## AFFIDAVIT OF AMANDA METSKAS

1. My name is Amanda Metskas. I am over eighteen years of age, and I have personal knowledge of the facts contained herein.

2. I am currently a member of the Board of Directors of the Secular Coalition for America (SCA). From January 1, 2014, to November 24, 2014, I was the President of the Board.

3. On May 30, 2014, I, along with the rest of the Board of Directors, voted to ask Rogers to resign and if she was unwilling to do so, to dismiss her without cause.

4. Within hours of the conclusion of this meeting, I received a phone call from a *New York Times* reporter seeking SCA's comment on the decision to end the employment relationship with Rogers.

5. This reporter, Mark Oppenheimer, also sent me several emails asking to speak with me about a story.

6. I never spoke to him over the phone but instead responded to one of his emails with a statement on June 4, 2014.

7. The email attached as Exhibit 6 is a true and accurate copy of the email exchange between Mark Oppenheimer and me.

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

_____      7/27/2015
AMANDA METSKAS                           DATE