# EXHIBIT 8

From: **Amanda Metskas** <president@secular.org>
Date: Wed, Jun 4, 2014 at 4:05 PM
Subject: Re: we need to talk
To: Mark Oppenheimer <mark.e.oppenheimer@gmail.com>

Dear Mark,

I have been traveling and in addition to my volunteer role as President of the Secular Coalition for America, I also have a full time job.

Your inquiries relate to confidential personnel matters, so there are serious limitations on what may be shared with you or with anyone who is outside of the organization.

Edwina has moved on from her position as Executive Director of the Secular Coalition for America for unrelated reasons.  We thank her for her service and wish her the best.

Edwina Rogers has never been a suspect in the misdirection of funds at the Secular Coalition for America.

When staff were released from SCA in January, the SCA filed a police report, and the SCA hired forensic accountants to examine all records for the duration of 2013 while those staffers were employed by SCA.

Mark, whomever gave you the forensic accounting report furnished you with an internal document that had not yet been reviewed or approved by the board. The document contains inaccuracies. The report says (among other things) that SCA is a 501(c)(4) and that donations to it are tax deductible.

Do you know that as far as I am aware the accountants preparing this report did not interview current or past board members in the preparation of the document?

-Amanda

*************************
Amanda K. Metskas
President, Secular Coalition for America
cell: 614-571-5112
email: president@secular.org


On Wed, Jun 4, 2014 at 8:23 AM, Mark Oppenheimer <mark.e.oppenheimer@gmail.com> wrote:
>
> Dear Amanda,
>
> Can we talk today? I am now in possession of a number of internal documents that I am going to write about, and you are of course mentioned. I want to get my facts right and hear your side.
>
> Yours,
> Mark Oppenheimer
> NY Times