# EXHIBIT 9

exhibits



**The New York Times**  http://nyti.ms/SBLgri

U.S. | NYT NOW

# Secular Group, on Eve of Big Meeting, Fires Top Official Who Elevated Its Profile

By LAURIE GOODSTEIN and MARK OPPENHEIMER  JUNE 6, 2014

Atheists and nonbelievers from across the country will muster on Capitol Hill next week for a summit meeting organized by the Secular Coalition for America, a growing alliance of groups that has been giving the religious right an intensifying case of heartburn by lobbying for the separation of government and religion.

But what the Secular Coalition has not made public is that last week it dismissed its executive director, Edwina Rogers, an experienced Republican lobbyist whose conservative pedigree elevated the profile of the secular movement when she was hired just over two years ago.

Ms. Rogers said in an interview that she was given no warning and no reason for her termination, but that she suspected she was being blamed for organization funds discovered to be missing and said to be embezzled by two of her subordinates. An internal audit, obtained by The New York Times, found that two employees who handled the Secular Coalition's finances embezzled $78,805, mostly by using the coalition's credit cards to pay for restaurant meals, travel and plastic surgery. Ms. Rogers said she had no authority over the finances, but discovered the misuse of funds, reported it to the police, fired the two employees and commissioned the audit with the approval of the board.

The president of the Secular Coalition, Amanda K. Metskas, did not return phone calls, but she confirmed in an email that Ms. Rogers "has never been a suspect in the misdirection of funds at the Secular Coalition for America." Ms. Metskas would say only that Ms. Rogers had "moved on" for reasons she could not discuss because they were "confidential personnel matters."

The termination has unsettled the network of nontheistic organizations that make up the Secular Coalition, which had been gaining momentum and visibility along with the expanding cohort of Americans who do not identify with any religion, now estimated to be one out of five. It has also alarmed several top

donors, according to interviews and leaked emails, whose contributions in the tens and hundreds of thousands of dollars keep the coalition and many of its member groups afloat.

"I can be a good and generous friend, or I can be a very effective adversary," wrote one major donor, Lloyd S. Rubin, in an email to board members and the heads of member organizations last week.

During Ms. Rogers's tenure, the Secular Coalition expanded its state chapters to 50 from two; began weekly national conference calls to coordinate lobbying strategy; and, mimicking a tactic used by the conservative Christian Coalition, distributed voter guides that tallied candidates' positions on topics such as science education, nondiscrimination clauses, and using taxpayer funds for religious schools and charities.

Ms. Rogers, an economic adviser to the White House during the George W. Bush administration, who has appeared on Fox News and "The Real Housewives of D.C.," was to many in the predominantly left-leaning Secular Coalition an odd fit for executive director. An agnostic who grew up in Alabama, she said that during her time heading the coalition, fellow nonbelievers sent her hate mail and made derogatory comments about Republicans and Southerners. She said in an interview that such animus was a "big factor" in her dismissal.

But several coalition board members and organizers, who said they were not authorized to speak for attribution, insisted that Ms. Rogers's politics and Southern roots had been a big selling point in her hiring, and had nothing to do with her dismissal. They said the reasons were far more pedestrian: that she and board members differed over priorities, and that she began projects and raised money for endeavors that competed with member organizations.

Though the coalition's advisory board includes well-known secularists such as Richard Dawkins, Sam Harris and Salman Rushdie, the board that actually makes decisions is made up in part of representatives from the 16 member organizations.

Secularists were once such an unorganized constituency that the coalition used to have trouble recruiting politicians to appear at its annual convention. But the schedule for the summit meeting this year includes appearances by three Democrats: a keynote address by Senator Sheldon Whitehouse of Rhode Island, and remarks by Representatives Barbara Lee of California and Rush D. Holt of New Jersey.

"Edwina helped us grow," said Herb Silverman, the founder of the Secular Coalition and now a member of the advisory board. "The fact is that we've become

Case 1:15-cv-00767-CRC Document 7-9 Filed 07/28/15 Page 4 of 4

more influential, and have gotten more money.

"When we first started," he said, "there wouldn't have been any embezzlers."

A version of this article appears in print on June 7, 2014, on page A15 of the New York edition with the headline: Secular Group, on Eve of Big Meeting, Fires Top Official Who Elevated Its Profile.

© 2014 The New York Times Company