# EXHIBIT 10

exhibits

From: **Lauren Anderson Youngblood** <lauren@secular.org>
Date: Tue, Jun 9, 2015 at 7:49 PM
Subject: Fwd: Quick Question
To: Amanda Metskas <amanda.metskas@campquest.org>


Lauren Anderson Youngblood
Director of Communications
Secular Coalition for America
1012 14th St. NW, Suite 205
Washington, DC 20005
P: (202) 299-1091 ext. 205
C: (202)630-9725
F: (202) 293-0922
www.secular.org


---------- Forwarded message ----------
From: **Mark Oppenheimer** <mark.e.oppenheimer@gmail.com>

1

Date: Tue, Jul 22, 2014 at 2:47 PM
Subject: Re: Quick Question
To: Lauren Anderson Youngblood <lauren@secular.org>


:)

Sent by Archie, Mr. Oppenheimer's trusty canine assistant

On Jul 22, 2014, at 2:25 PM, Lauren Anderson Youngblood <lauren@secular.org> wrote:

> Didn't think so, but I had to ask!
>
> Thanks again.
>
>
> Lauren Anderson Youngblood
> Director of Communications
> Secular Coalition for America
> 1012 14th St. NW, Suite 205
> Washington, DC 20005
> P: (202) 299-1091 ext. 205
> C: (202)630-9725
> F: (202) 293-0922
> www.secular.org
>
>
>
> On Tue, Jul 22, 2014 at 2:21 PM, Mark Oppenheimer <mark.e.oppenheimer@gmail.com> wrote:
> Of course not.
>
>
> Sent by Archie, Mr. Oppenheimer's trusty canine assistant
>
> On Jul 22, 2014, at 2:20 PM, Lauren Anderson Youngblood <lauren@secular.org> wrote:
>
>> Thanks for your quick response. I know this is a long shot, but could you possibly tell me who initially let you know of Edwina's termination?
>>
>> Thank you again.
>>
>>
>> Lauren Anderson Youngblood
>> Director of Communications
>> Secular Coalition for America
>> 1012 14th St. NW, Suite 205
>> Washington, DC 20005

2

P: (202) 299-1091 ext. 205
C: (202)630-9725
F: (202) 293-0922
www.secular.org


On Tue, Jul 22, 2014 at 2:16 PM, Mark Oppenheimer <mark.e.oppenheimer@gmail.com> wrote:
Sure

Sent by Archie, Mr. Oppenheimer's trusty canine assistant

On Jul 22, 2014, at 2:10 PM, Lauren Anderson Youngblood <lauren@secular.org> wrote:

> Hi Mark,
> We received an email from Edwina Rogers today, directly quoting you. I am wondering if you can confirm that these are your words.
>
> **"July 15th, 2014**
>
> > "I am happy to tell you, and you may pass along, that I did not hear
> > of your firing from you. You confirmed what I had already heard from another source."
> >
> > -Mark Oppenheimer, The New York Times-"
>
> Lauren Anderson Youngblood
> Director of Communications
> Secular Coalition for America
> 1012 14th St. NW, Suite 205
> Washington, DC 20005
> P: (202) 299-1091 ext. 205
> C: (202)630-9725
> F: (202) 293-0922
> www.secular.org