# EXHIBIT 11

exhibits

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [X] FEPA

Agency(ies) Charge No(s): 15-052 PC(N)

D.C. Office of Human Rights
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Edwina Rogers | 202.674.7800 | N/A |

Street Address: 6507 Brookes Hill Court, Bethesda, MD 20816

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than one, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Secular Coalition for America | 5 | 202.299.1091 |

Street Address: 1012 14th Street, NW, Suite 205, Washington, D.C. 20005

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [X] OTHER (specified below) — Political Affiliation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07/2013   Latest: 07/2014
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in 2012, as an Executive Director, and I performed my duties satisfactorily. I believe that I have been discriminated against in the terms, conditions, and privileges of employment based on my Political Affiliation (Republican) for the following reasons:

### Hostile Work Environment – Political Affiliation

Since July, 2013, I have been the target of hateful rants and public takedowns due to my political affiliation. A member of Respondent nicknamed me the "The Arch Duchess of Southern Slime." Respondent's president was copied on many of these emails and never spoke up until I warned them of slander. Recently, in May, 2014, another Respondent's member indicated that I should be terminated because of my political affiliation; he also told me that I cannot be a humanist because I am a Republican. Sometime in November, 2013 I discovered that my retirement funds were missing, I brought it up to the attention of the Respondent, and no investigation took place although Respondent indicated that they would look into it. On June, 6, 2014, I learned that the Respondent notified The New York Times that I had been terminated from my employment; while I had not been formally notified. In July, 2014, Respondent printed and sent out an internal newsletter to all members with negative remarks about me due to my political affiliation. I believe that I would have been treated more favorably and would not have been fired but for my political affiliation. Based on the foregoing facts, I believe that Respondent discriminated against me and terminated my employment based of my political affiliation. Since the beginning of my tenure with Respondent I have experienced discrimination and hostility from Respondent's board members due to my political affiliation, if I had been a Democrat this would not have happened to me while employed by Respondent.

Therefore, I charge Respondent with unlawful discriminatory acts in violation of the D.C. Human Rights Act of 1977, as amended. I have not commenced any other action civil, criminal or administrative, based on the above allegations, other than the instant Charge of Discrimination.

I want this charge filed with the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov. 20, 2014    Edwina Rogers
Date             Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
Edwina Rogers

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE Nov. 20, 2014.
(month, day, year)

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th DAY OF November, 2014.
BY Edwina C. Rogers
[signature] NOTARY PUBLIC

[Notary seal: Matusala K. Abebe, Notary Public, District of Columbia]