# EXHIBIT 12

exhibits

Subscribe    Share ▼    Past Issues                                          Translate

A note from the Secular Coalition Board of Directors.            View this email in your browser



Atheists. Agnostics. Humanists. Americans.

July 24, 2014

Dear Amanda,

To say that it has been an eventful spring and summer for the Secular Coalition for America would be an understatement. We've had our most successful Lobby Day and Secular Summit ever, with four members of Congress attending and addressing our group, and we've undergone significant changes as our organization has transitioned under new bylaws and a new Board of Directors. Moreover, if you follow the SCA closely, you may be aware that we've had our share of turbulence this year as well. For reasons that will be described below, we have been relatively silent to date about most of the matters underlying that turbulence, even as some others have been quite publicly vocal about it, but at this time we'd like to address some of the main issues that have been raised.



While we could never address the myriad issues that have been the subject of public chatter, we want to address those that would seem to be of most concern to our supporters. Our intent is not to respond to every representation that has been made publicly, nor is it to win any public debates or arguments, but instead it is to clarify the record as best we can for our supporters, coalition member groups, and others whose goal is to advance the secular movement. As is often the case with online buzz, information that is inaccurate or misleading sometimes gains traction, and our goal here is to deliver accurate and relevant information.

The main issue that we will address is the departure of our Executive Director, Edwina Rogers. At the outset, we must point out that not only is this a personnel matter, but it is a personnel matter in which there is no departure agreement between the exiting employee and the SCA. For this reason, we are simply not in a position to comment much about the personnel decision, beyond saying that the decision was well within the legal discretion of the SCA. The employment in question was "at will," and the SCA Board of Directors unanimously concluded that a change in leadership was in order.

To understand how this situation has developed, it is important to understand the turn of events that occurred. Shortly after the SCA Board voted to make the personnel change, a The New York Times reporter started trying to contact board members, and apparently contacted Ms. Rogers. The SCA does not know how the reporter learned that events were unfolding – we can only say that the SCA did not contact the Times, nor did the SCA authorize any leak, nor would the SCA have had anything to gain from doing so. In fact, the Times involvement created a significant disruption. Subsequent to the *Times* contact, SCA's attempted discussions with Ms. Rogers were severely hampered. We offered a severance with the aim of reaching a departure agreement wherein the parties could move forward amicably, and even scheduled a meeting to discuss the issue further. Ms. Rogers did not attend the scheduled meeting.

What did occur soon thereafter, however, is that two individuals (former SCA donors) suddenly demonstrated an extraordinary level of interest in the personnel matter, to the point of disseminating scathing emails regarding the SCA Board. Most of these communications related to the personnel matter. Our responses – which merely stated that because the underlying matter involved personnel issues, we were not in a position to talk about it in detail with the public or with donors – only seemed to enrage these individuals further. Accusations of secrecy and lack of transparency (not understanding that we cannot be publicly "transparent" about a personnel issue) were made frequently, often daily. Still, we were adamant that we would not publicly discuss the personnel matter, even as the criticism became public and threatening.

The fact that the Board felt new leadership was needed to take the SCA in a different direction, and has been unable to comment much beyond that, has done nothing to appease the aforementioned critics, and the accusations have continued. We are very disappointed to have lost their support, even as we are puzzled by the intensity of their reaction and the depth of their interest in this personnel matter.

Some illustration is necessary to explain the nature of this criticism. We have repeatedly been questioned, for example, not just about the personnel decision itself, but its timing, coming shortly before Lobby Day. This, we were told, was evidence of

our poor decision-making. However, the Lobby Day event was a smashing success, with a record number of members of Congress attending. Along with these allegations come others that are similarly aimed at questioning the wisdom of the Board's personnel decision, such as suggestions that a donation of an art collection was lost due to our actions. Without even discussing the accuracy of these claims (since the details would prolong the letter even further), we would simply point out that the SCA member groups, which elect Board members, are free to take the legitimacy of such claims into consideration as Board members come up for reelection. Suffice it to say that none of these member groups has expressed concern about the art to date.

One thing we did say at the outset when this matter became public, just so the record was clear, was that Ms. Rogers was never a suspect in connection with a scheme in which two other employees misappropriated about $78,000 in SCA assets in 2013. Since the theft of SCA assets is something that is relevant to donors, and since it has been mentioned by the aforementioned critics, we will address it here, though we emphasize that it is unrelated to the personnel matter. What we can say is that the two perpetrators were terminated in January, and that a criminal investigation by the District of Columbia police is ongoing. Of course, employee malfeasance can occur in virtually any business enterprise, particularly when the perpetrator is in a position of trust (as was the case here). SCA is extremely disappointed that this embezzlement occurred. We note, however, that since the discovery we have ordered a forensic accounting, and we have implemented all precautionary steps suggested by the accountants.

Claims have also been made that the SCA is involved in litigation or regulatory action. However, we have not been informed of any actual litigation or regulatory action. SCA is committed to complying with all federal, state and local laws, rules, regulations and reporting requirements.

One more issue that has been raised publicly – again mainly by the aforementioned donors – has been criticism of the fact that SCA's President, Amanda Metskas, has shown interest in the Executive Director position, and in fact has stepped in as Acting Chief Executive while a search is conducted. To this criticism, we simply point out that the SCA has hired a professional search firm to vet prospective candidates and present a slate of finalists to the Board. Our Board will make its decision regarding the next Executive Director based on relevant facts and information, in what we feel is the best interest of SCA. We are grateful to Amanda for stepping in during this difficult time of transition, but we have also made it clear to her that we are conducting a full and thorough search. Donors are free to convey opinions on such matters, but of course we would expect them to allow the Board to exercise its discretion when it comes to final decisions. During the time that Amanda is serving as Acting Chief Executive, the Board is being chaired by Vice President Patty Guzikowski.

The secular movement is vibrant and active, and the SCA is a vital part of it – a coalition of the nation's largest and most active secular groups, joined together for the purpose of lobbying in the nation's capital, raising the profile of secular Americans. We are committed to our mission, most appreciative of your support, and hope that you will continue to put your trust in us.

We hope that this correspondence has answered some of the questions that you may have.



Feel free to contact us if you feel that we can be of any assistance, though please understand that we do not intend to address the personnel matter described herein any further, publicly or with supporters, for reasons explained.

**Yours in secularity,**
The Secular Coalition for America Board of Directors

Copyright © 2014 Secular Coalition for America, All rights reserved.

unsubscribe from this list    update subscription preferences