---------- Forwarded message ----------
From: **Roy Speckhardt** <rspeckhardt@americanhumanist.org>
Date: Sat, May 24, 2014 at 12:25 PM
Subject: Re: Scheduling a Call
To: Amanda Metskas <amanda.metskas@campquest.org>
Cc: Patricia Guzikowski <pattygee@wi.rr.com>, Bonnie Cousens <bonniecousens@gmail.com>, H Alexander Satorie-Robinson <alexander@harobinson.net>


To lay it on the table, my bias in a situation like this is more employer than HR. I'm going on the assumption that this is fully confidential so I'm going to give my view openly.

When considering a very serious employee problem, one of first things I ask myself is, is this 1) a problem I can live with even though I'd like it to be improved upon, or 2) a problem that if it persists is not tenable, or 3) a problem that forces immediate action. That helps me decide whether or not my actions are mostly encouragement/refocusing, putting on notice and describing what's needed in order to continue, or determining the best way to let the person go.

These problems with defensiveness that escalates to counter-attacks, failing to put the coalition part of the organization as first priority, and lack of consistent professionalism, seemed more a level one matter until recent events. Over the past couple weeks, it looked like the situation was advancing into the second level. While I don't wish to speak for the IHS board, I think I'm correct in saying that there's feeling that the coalition nature of this organization is broken with Edwina at the helm, and not seemingly easily fixable. But what I'm seeing today is possibly level three.

DC is a hire/fire at will state, but I believe that a record of insubordination (against a new board member and to you as well) like that which exists in this thread is immediate cause for dismissal if the decision is made to proceed in that fashion. I may be missing facts and chains of events, so I hesitate to outright recommend such a step, but it seems appropriate to at least have it on the table.

-Roy


---
Roy Speckhardt
Executive Director
American Humanist Association
http://www.americanhumanist.org
http://www.facebook.com/AmericanHumanist
1-800-837-3792


On Sat, May 24, 2014 at 11:06 AM, Amanda Metskas <amanda.metskas@campquest.org> wrote:

ALL-STATE LEGAL® EXHIBIT A

See thread below that Edwina forwarded to me between her and Greg Langer. I have not replied to Edwina yet.


Begin forwarded message:

**From:** Edwina Rogers <edwina@secular.org>
**Date:** May 24, 2014 at 10:59:27 AM EDT
**To:** Amanda Metskas <president@secular.org>
**Subject: Fwd: Scheduling a Call**

Over to you boss lady. Your new shit storm for this week. I think if I sit back and do nothing then I would be a very successful member of the tribal secular community. A couple of hill visits and a lobby day and call that a year of progress. Should I rethink my desire and mission to build a strong and large secular community and get all other groups trying for the same goal? Not a good month for such a mission to say the least. Any advice or help is much appreciated.

Edwina Rogers
Executive Director
Secular Coalition for America
1012 14th St., NW, Suite 205
Washington, DC 20005
Office (202) 299 1091 ext. 207
Mobile (202) 674 7800
edwina@secular.org
www.secular.org


Begin forwarded message:

**From:** Edwina Rogers <edwina@secular.org>
**Date:** May 24, 2014 at 10:43:28 AM EDT
**To:** Greg Langer <glangerlaw@gmail.com>
**Subject: Re: Scheduling a Call**

What do you mean? I have nothing new that we have not been doing. And if we did -- good for us all. The same that SCA did for Ex Muslims, Muslimish, Ex Muslim Women's Network, Black Non Believers, and the list goes on and on? Sarah has been with us two to three days a week for nine months and now she can give us five days. What we do is called lending a helping hand, secular neighborhood building and secular community initiative but is not a formal incorporated entity. So you changed the name of your project from humanist to secular and now claim all things secular? Is this the complaint? We have offered to be the back office for any nontheist group that exist or wants to exist no matter the label. We complete c3 forms, do incorporations, help secure addresses, write bylaws, help with websites, fundraising training, etc. There are about 2k weak groups in the US and we need 40k strong ones. We focus in states where our state coalitions are weak due to no strong groups in the state. We are a coalition so

our participants are groups. Are you saying that you own this space and that you and the Harvard Humanist Community has all this covered? Really? Shall I send over the stack of c3 applications to be completed from my desk to you? No strong secular community -- then no seat at the policy making table. If we had one hundred groups offering what we offer - that would not be near enough to make a dent on the need. Please explain your non positive thoughts about me? It is my 50th birthday and I am in Key Largo for the party with my family and loved ones. I have had enough small minded in fighting with the secular movement for this week. Actually enough for a life time. I did not take you to be tribal. Please explain. Michael Lewis is offering the same as SCA does but for a fee so you can tackle him first and then save me for next week. CFI also does some of this community building for even non CFI groups so you will need to speak to Ron also if you really believe you have all community building needs covered and own that space. I just cut and pasted from my email to you, Ron, August, Amanda, Stephen, etc. from last month. So adding Sarah for two more days a week is your concern because that is the only change.

I wish you and the Harvard Humanist Community could do much more than you currently do on all fronts -- not less. Too bad you do not seem to want the same for SCA and me.

Edwina Rogers
Executive Director
Secular Coalition for America
1012 14th St., NW, Suite 205
Washington, DC 20005
Office (202) 299 1091 ext. 207
Mobile (202) 674 7800
edwina@secular.org
www.secular.org


On May 24, 2014, at 9:43 AM, Greg Langer <glangerlaw@gmail.com> wrote:

How about today? I don't want to continue thinking what I'm now thinking about you if it's not warranted.

Sent from my iPad

On May 23, 2014, at 7:16 PM, Edwina Rogers <edwina@secular.org> wrote:

How is noon on Wednesday? East Coast time.

Edwina Rogers
Executive Director
Secular Coalition for America
1012 14th St., NW, Suite 205
Washington, DC 20005
Office (202) 299 1091 ext. 207
Mobile (202) 674 7800

edwina@secular.org
www.secular.org


On May 22, 2014, at 5:28 PM, Greg Langer <glangerlaw@gmail.com> wrote:

Hi Edwina,

I just received this email from Jesse and was wondering what it was all about. Please advise.

Best,
Greg


---------- Forwarded message ----------
From: **Sarah Levin** <sarah@secular.org>
Date: Thu, May 22, 2014 at 4:47 PM
Subject: Scheduling a Call
To: jesse.galef@gmail.com


Hi Jesse,

I very recently graduated and started full-time as SCA's Secular Community Coordinator for the Secular Neighborhood Community Project. I think you and I are doing very similar outreach and that both of us could benefit from working closely together. Can we schedule a call to further discuss how we can start working together? Looking forward to speaking with you!

Best,

Sarah


--
Sarah Marie Levin
Secular Community Coordinator
Secular Coalition for America
1012 14th St. NW, Suite 205
Washington, DC 20005
(202) 299-1091
www.secular.org