UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EDWINA C. ROGERS,

        Plaintiff,

  v.

                               Case No. 1:15-CV-00767-CRC

SECULAR COALITION FOR AMERICA,
INC., et al.

        Defendants.
_____/

PLAINTIFF'S OPPOSITION TO
SPECKHARDT'S MOTION TO DISMISS

# EXHIBIT 3



Amanda Metskas <amanda.metskas@campquest.org>

## Concerns about Edwina and SCA projects

**Amanda Metskas** <amanda.metskas@campquest.org>                                    Fri, May 23, 2014 at 3:46 PM
To: Patricia Guzikowski <pattygee@wi.rr.com>, Bonnie Cousens <bonniecousens@shj.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, Roy Speckhardt <rspeckhardt@americanhumanist.org>

Hi Patty, Alexander, Bonnie, and Roy,

I'm really concerned about actions that Edwina is taking on behalf of SCA without consulting with any of the board or officers.

I'm sorry this email is so long, but I really need some advice from the rest of the executive team on how to manage Edwina effectively and handle situations that seem like they keep coming up. I feel like I am often blindsided by things I should have been told about on our weekly calls, and also that she is very weasley - she'll say one thing to placate me and something completely different to a donor or someone else to make them happy. I also feel like her perceptions of interactions with others that she reports to me (like about calls we have been on together with other people) don't match my understanding of what those people said or what happened.

Patty and Edwina and I had just talked about moving her performance review to August when there is more time to prepare it, and when SCA isn't in the middle of prepping for the Lobby Day and other big projects, but I can't wait to give her feedback on the major issues I'm having working with her, so I need your advice on how to address these issues in the meantime. The details below are about the immediate situation that cropped up yesterday, but your advice on either the general or the specific or both would be much appreciated. Please feel free to call me.

I got the following email forwarded to me from Jesse Galef, who works for the Secular Community Project at the Humanist Community at Harvard:

"Hi Jesse,

I very recently graduated and started full-time as SCA's Secular Community Coordinator for the Secular Neighborhood Community Project. I think you and I are doing very similar outreach and that both of us could benefit from working closely together. Can we schedule a call to further discuss how we can start working together? Looking forward to speaking with you!

Best,

Sarah"

- I wasn't aware that SCA had hired a full time staffer, or what her title was, even though I talk with Edwina every Tuesday at 9:00am. This wasn't something she mentioned to me.

- The project name is almost exactly the same as the Secular Community Project, which is a project of a member organization at SCA. Jesse just talked with Sarah today to find out what they were doing, and it sounds like its exactly the same things that SCA is doing.

- I know that the donor that is funding this at SCA is the same donor who has been funding this for Humanist Community at Harvard. He just wants to make sure someone is doing this, so he's shopping it everywhere.

- I talked with the donor on an email thread that included Edwina and Jesse and others from HCH about his ideas, but no where in that discussion did I get the idea that SCA was planning to do this project.

Edwina did tell me that she was courting this donor on helping out local groups, but she framed it to me as SCA offering help with organizations getting their 501(c)(3) and incorporation done. I really don't remember ever being told by Edwina that she was launching a whole new project that directly competes with like half of SCA's member groups who do local chapters, and especially is doing basically the exact thing that the Secular Community Project at HCH is doing.

This is on the heels of an ongoing situation with the Institute for Humanist Studies feeling that the Global Secular Council project is operating in their domain. On that issue, I could really see both sides, and felt like Edwina and the IHS leaders both had legitimate claims, interests, and concerns. However, some of the things Edwina has done in the handling of that issue have been unprofessional and counterproductive. On this new HCH issue, and especially with this developing so secretly, I really have trouble understanding what Edwina is thinking.

I talked with Jesse today, and he's talking with Greg Epstein and Greg Langer, and I asked Jesse to have one of the three of them send me their concerns in an email and copy Edwina as well.

I think we need to tell Edwina not to announce anything on this project until this issue is sorted out, but I'd be interested in feedback from others on this.

Thank you for listening and for your help and advice,
Amanda

****************************

Amanda K. Metskas
Executive Director, Camp Quest, Inc.
www.campquest.org
office: 614-441-9534 x2
amanda.metskas@campquest.org

---

**pattygee** <pattygee@wi.rr.com>                                       Fri, May 23, 2014 at 4:43 PM
To: Amanda Metskas <amanda.metskas@campquest.org>

Hi Amanda. I'm going to read this a couple more times and think about it and get in touch tomorrow. I know it's time sensitive but I want to give it enough thought since we know how Edwina tends to get defensive. My first impression is that we frame our discussion with a her around the need to be politically sensitive within the movement, and that that's why we have officers, to manage stuff like this on a broader scale, and we can't be taken by surprise and appear like we don't know what's going on with our own organization. But what I want to think about is how to effectively get this across to her.

Sent from my Verizon Wireless 4G LTE smartphone
[Quoted text hidden]

---

**Amanda Metskas** <amanda.metskas@campquest.org>                       Fri, May 23, 2014 at 5:07 PM
To: pattygee <pattygee@wi.rr.com>

Thank you. You just sent this message to me, fyi. Not sure if you meant to send it to the whole group.

I just had a further conversation with Jesse and learned that Greg Langer is absolutely on the warpath about this, and I completely don't blame him. :(

He shared all his ideas about this project that SCP was doing as part of HCH with Edwina, and then she got funding from Stephen Uhl to do exactly the same thing that HCH was doing.

-akm

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Amanda K. Metskas
Executive Director, Camp Quest, Inc.
www.campquest.org
office: 614-441-9534 x2
amanda.metskas@campquest.org

[Quoted text hidden]

---

**Roy Speckhardt** <rspeckhardt@americanhumanist.org>                    Fri, May 23, 2014 at 6:02 PM
To: Amanda Metskas <amanda.metskas@campquest.org>

I'm going to think this over some, but I definitely agree that despite your clearly heroic efforts to set things on a good track, Edwina is making this extremely difficult.

-Roy

----iPhone----
Roy Speckhardt
202-550-9775
[Quoted text hidden]

---

**Bonnie Cousens** <bonniecousens@shj.org>                                Fri, May 23, 2014 at 6:23 PM
To: Amanda Metskas <amanda.metskas@campquest.org>, Patricia Guzikowski <pattygee@wi.rr.com>, H Alexander Satorie-Robinson <alexander@harobinson.net>, Roy Speckhardt <rspeckhardt@americanhumanist.org>
Cc: Bonnie Cousens <bonniecousens@gmail.com>

I'll be away from this e-mail until Tuesday. Please use bonniecousens@gmail.com if you reply to Amanda's e-mail. Amanda, I'll give you a call over the weekend.


Bonnie


M. Bonnie Cousens

Executive Director

Society for Humanistic Judaism

28611 West Twelve Mile Road

Farmington Hills, MI 48334-4225

248-478-7610    FAX: 248-478-3159

executivedirector@shj.org

www.shj.org     www.hujews.org

Find the SHJ and HuJews on Facebook

**From:** Amanda Metskas [mailto:amanda.metskas@campquest.org]
**Sent:** Friday, May 23, 2014 3:47 PM
**To:** Patricia Guzikowski; Bonnie Cousens; H Alexander Satorie-Robinson; Roy Speckhardt
**Subject:** Concerns about Edwina and SCA projects

Hi Patty, Alexander, Bonnie, and Roy,

[Quoted text hidden]

---

**Amanda Metskas** <amanda.metskas@campquest.org>                                Fri, May 23, 2014 at 6:27 PM
To: Roy Speckhardt <rspeckhardt@americanhumanist.org>

Thanks Roy.

I appreciate your help.
[Quoted text hidden]

---

**Amanda Metskas** <amanda.metskas@campquest.org>                                Fri, May 23, 2014 at 6:29 PM
To: Bonnie Cousens <bonniecousens@shj.org>
Cc: Patricia Guzikowski <pattygee@wi.rr.com>, H Alexander Satorie-Robinson <alexander@harobinson.net>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, Bonnie Cousens <bonniecousens@gmail.com>

Thanks Bonnie.

I'm around tomorrow. I have plans this evening. Sunday I am going to Warren's memorial at 3pm. I'm free before then on Sunday.
[Quoted text hidden]

---

**Patty Guzikowski** <pattygee@wi.rr.com>                                        Sat, May 24, 2014 at 9:35 AM
To: Amanda Metskas <amanda.metskas@campquest.org>

Yes, I actually sent it only to you on purpose because I didn't think I had anything substantial to say yet, but I'm going to respond again to the whole group in a few minutes.


Yeah, I can't blame Greg Langer for being super pissed off.


**From:** Amanda Metskas [mailto:amanda.metskas@campquest.org]
**Sent:** Friday, May 23, 2014 4:08 PM
**To:** pattygee
**Subject:** Re: Concerns about Edwina and SCA projects

[Quoted text hidden]

---

**Patty Guzikowski** <pattygee@wi.rr.com>                                    Sat, May 24, 2014 at 10:03 AM
To: Amanda Metskas <amanda.metskas@campquest.org>, Bonnie Cousens <bonniecousens@shj.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, Roy Speckhardt <rspeckhardt@americanhumanist.org>

Good morning,

Here are my thoughts about approaching this with Edwina, which I completely agree that we should do ASAP.

I think it's almost always best to start by saying something positive, or at least neutral, about the person's motivation first, so the rest of the discussions sounds less like an accusation and more of a request. So I would start by saying something like:

"We know that whatever you're doing in your work you're doing to make SCA more successful and bring in more donors. It's obvious to us that you're dedicated to the growth and success of the organization and your hard work doesn't go unnoticed. With this kind of growth and aggressive fundraising, where you're working with so many different organizations and donors within the movement, it can result in the potential for SCA to unintentionally infringe on or overlap the focus areas of some others in the movement. SCA has had issues with that in the past and through experience has learned that we have to be aware of how we could potentially step on someone's toes, do something politically sensitive within the movement, or duplicate the work of another organization. This can result in situations where we have conflict with our partner and endorsing organization and even offend donors and potential donors, even as we work hard to do just the opposite. We realize that your history with the movement isn't as long as the history of some of the board members and officers. For this reason, we'd like to make sure we're fully informed at all times, so we can be proactive in avoiding conflict and misunderstandings before they occur. We went to make sure that SCA is seen as a valued partner within the movement and not a competitor. The movement as a whole has a history of competition and mistrust, which we've worked very hard over the years to change. SCA was an integral part of a successful effort to change all of that. Since you do have less experience in the movement than many of the other organizational leaders and board members, it's understandable that you would not even realize when you were involving SCA in something that caused a potential conflict with another agency or affected another agency's or SCA's relationship with donors and potential donors.

In order to ensure that the officers are completely informed and able to support you while SCA works to grow and expand our donor base, we think it's important that you err on the side of giving Amanda more information rather than less. We don't want to micromanage your work, not at all, but we went to be able to head off problems before they occur. This has become an urgent matter now, as we're encountering the very problems we just described, and we can't afford to find ourselves in these types of situations again..."

And then continue by giving examples of the recent situations for which we now have to do damage control, and explain how these situations could have been avoided if Edwina had discussed them with Amanda in the weekly calls. There's a lot to talk about and so it might seem like extra time informing the officers, time that could be spent out working, but it will actually save everyone time if we can avoid having to do damage control and repair relationships. Let her know what exactly we expect and that when she uses her judgment and it's even a little bit ambiguous as to whether we need to know, then we need to know. We have long-term relationships with other EDs

and leaders within the community, so we can help manage those relationships and not get into situations where we're competing with the very people with whom we want to collaborate.

So the next question is, what do you need from us, Amanda? Do you want me to be on the phone call with you or will that be more threatening for Edwina?

What do you think about my suggestions? Too cautious?

Patty

**From:** Amanda Metskas [mailto:amanda.metskas@campquest.org]
**Sent:** Friday, May 23, 2014 2:47 PM
**To:** Patricia Guzikowski; Bonnie Cousens; H Alexander Satorie-Robinson; Roy Speckhardt
**Subject:** Concerns about Edwina and SCA projects

Hi Patty, Alexander, Bonnie, and Roy,

[Quoted text hidden]

---

**Amanda Metskas** <amanda.metskas@campquest.org>     Sat, May 24, 2014 at 10:33 AM
To: Patty Guzikowski <pattygee@wi.rr.com>
Cc: Bonnie Cousens <bonniecousens@shj.org>, H Alexander Satorie-Robinson <alexander@harobinson.net>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, Bonnie Cousens <bonniecousens@gmail.com>

I had a really good phone call with Bonnie about this last night.

I guess I'm more inclined to talk with you all on the phone about this either individually or as a group than I am to try to type all of my thoughts out here.

I am free all day today. Any of you that are available to call me at some point today, I'd really appreciate it. (Bonnie and I talked yesterday - so that mainly applies to Patty, Alexander, and Roy).

Thank you. :)

Amanda
[Quoted text hidden]