UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EDWINA C. ROGERS,

        Plaintiff,

  v.

                            Case No. 1:15-CV-00767-CRC

SECULAR COALITION FOR AMERICA,
INC., et al.

        Defendants.
_____/

PLAINTIFF'S OPPOSITION TO
SPECKHARDT'S MOTION TO DISMISS

# EXHIBIT 5

From: Roy Speckhardt <rspeckhardt@americanhumanist.org>
Subject: Re: > Embezzlement < .. > Malfeasance In Office <
Date: June 3, 2014 at 3:31:45 PM PDT
To: Rubin <rubin004@gmail.com>, David Niose <Dniose@comcast.net>, Patricia Guzikowski <Pattygee@wi.rr.com>, Shekenne@iupui.edu, Mandisathomas@bellsouth.net, Jamila Bey <Jamilabey1@gmail.com>, Sasha.pudelski@gmail.com, "H. Alexander Satorie-Robinson" <Halexander@ncadp.org>, Amanda Metskas <Amanda@campquest.org>, Ron Lindsay <Rlindsay@centerforinquiry.net>, Jhawkins@groksolutions.com, "Gaylor, Annie Laurie" <Algaylor@ffrf.org>, Helenkkahn@yahoo.com, Woody Kaplan <Woodyaclu@aol.com>, "M. Bonnie Cousins" <bonniecousens@shj.org>, Michael Lewis <mclewis@yahoo.com>, Richard Dawkins <richard.dawkins1@me.com>, Dave Silverman <dsilverman@atheists.org>, Todd Stiefel <trs1470@aol.com>, Stephen UHL <sanduhl@msn.com>, Lauren Anderson Youngblood <lauren@secular.org>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, Steve Rade <srade12345@aol.com>

Thank you for replying, Amanda, and for properly characterizing our ready ability to keep the SCA moving forward with the combined efforts of capable volunteers and staff! I very much appreciate the significant time and energy you're personally putting in to effectively managing the current transition.

I wanted to reply as well, to add some additional personal clarifications.

1) My email address was inaccurate in the original, so this note will hopefully correct that. rspeckhardt@americanhumanist.org (I hope you haven't been otherwise unsuccessfully trying to reach me, Lloyd!) I've also corrected Steve Rade's email since he probably didn't otherwise receive the replies.

2) I'm not the SCA treasurer, (that's Ron Solomon) nor do I sit on the SCA board, which is the entity with employment authority over the executive director. Rather, I'm the SCAEF treasurer. That said, I am fully convinced that the best possible avenue of success is currently being pursued by the SCA.

3) Member organizations of the SCA and the SCAEF are currently only required to donate $1,000 annually to retain their membership, but groups sometimes donate more, and have done so historically as well. The American Humanist Association, for instance, has donated six figures over the years and double that in in-kind donations.

Thank you very much Lloyd, for your generosity to the SCA and other groups working to make a positive difference!

Best,

-Roy