UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EDWINA C. ROGERS,

        Plaintiff,

v.                                  Case No. 1:15-CV-00767-CRC

SECULAR COALITION FOR AMERICA,
INC., et al.

        Defendants.
_____/

## PLAINTIFF'S OPPOSITION TO SCAEF'S MOTION TO DISMISS

Plaintiff Edwina Rogers submits this memorandum in opposition to Defendant Secular Coalition for America Education Fund's ("SCAEF") Motion to Dismiss the First Amended Complaint ("Motion").

## PRELIMINARY STATEMENT

For her Opposition to Defendant SCAEF's Motion to Dismiss in this matter, Plaintiff Edwina Rogers incorporates by this reference her Opposition to Defendant Roy Speckhardt's Motion to Dismiss filed concurrently herewith. In further Opposition to the Defendant's SCAEF's Motion to Dismiss, Plaintiff Edwina Rogers respectfully submits the following summary of her argument:

    1.    Amanda Metskas and Roy Speckhardt, defendants herein, are SCAEF employees.

2.	Defendant Metskas was the Vice President of SCAEF, and Defendant Speckhardt was the SCAEF Treasurer.

3.	As alleged by Plaintiff Rogers in her Complaint, Defendant SCAEF is vicariously liable for the acts and omissions of Metskas and of Speckhardt.

4.	Accordingly, it is premature to dismiss SCAEF as a party defendant until the liability of Defendants Metskas' and Speckhardt is determined.

## FACTS

While serving as Executive Director of SCA, Ms. Rogers also served as Executive Director for SCAEF. There was a management agreement between SCA and SCAEF which gave SCAEF access to SCA's staff. Ms. Rogers carried the same titles and duties for SCAEF. She was responsible for reporting to its Board of Directors, preparing its annual budget to be approved by the Board of Directors, signing its tax return as Executive Director and fulfilling all other expected duties of an Executive Director. The SCAEF made quarterly payments to the SCA to compensate it for rent, staff, expenses, and projects. Ms. Rogers kept detailed timesheets dividing her time between SCA and SCAEF activities.

Two SCAEF Officers made false statements about Edwina Roger**s:**

Amanda Metskas, Vice-President for SCAEF, made false statements about Ms. Rogers to SCA Board Members and Non-Board Members in order to get Ms. Rogers terminated.

Roy Speckhardt, who was the treasurer of SCAEF, also made false statements about Ms. Rogers and instigated the termination idea with SCA board officers.

## ARGUMENT

We respectfully submit that it is premature for the court to determine whether SCAEF is liable to Plaintiff for the claims against Ms. Metskas and Mr. Speckhardt. If either or both individuals is liable to Plaintiff for defamation, intentional interference with contract, and/or conspiracy, SCAEF is vicariously liable for their harmful conduct and damages resulting therefrom. Mikels v City of Durham, 183 F.3d 323 (4th Cir. 1999); National Fruit Prod. Co. v Firemans' Fund Ins. Co., 1999 US App. Lexis 8417 (4th Cir. 1999). Plaintiff has alleged SCAEF is liable for each individuals' actions. Until their liability is finally determined, there is no basis to dismiss SCAEF from this case.

## CONCLUSION

The Court should accordingly deny SCAEF's Motion to Dismiss.


September 8, 2015                              **/s/ Steven Oster**
                                               Steven Gremminger (DC 353821)
                                               Steven M. Oster (DC 376030)
                                               GREMMINGER LAW FIRM
                                               5335 Wisconsin Ave., N.W., Ste. 440
                                               Washington, D.C. 20015
                                               (202) 885-5526
                                               steve@gremmingerlawfirm.com
                                               steveo@gremmingerlawfirm.com

                                               Robert W. Johnson II (DC 945170)
                                               JOHNSON, ROGERS & CLIFTON LLP
                                               401 Ninth Street, NW, Suite 640

        Washington, DC 20004-2163
        (202) 253-2112
        robinjohnson@jrcdc.us

        *Attorneys for Plaintiff Edwina C. Rogers*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing Opposition to Defendant SCAEF's Motion to Dismiss using the Court's CM/ECF system and thereby served all counsel of record.

September 8, 2015                                                       **/s/ Steven Oster**
                                                                                        Steven Oster