UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| EDWINA C. ROGERS, 6507 Brookes Hill Court, Bethesda, MD 20816 | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Case No.: 1:15-CV-00767-CRC <br> : |
| SECULAR COALITION FOR AMERICA, INC., 1012 14th Street, NW, Suite 2015, Washington, DC 20005, | : <br> : <br> : <br> : |
| SECULAR COALITION FOR AMERICA EDUCATION FUND, INC., 1012 14th Street, NW, Suite 2015, Washington, DC 20005, | : <br> : <br> : <br> : <br> : |
| GREG R. LANGER, 3280 Kelton Avenue, Los Angeles, CA 90034, | : <br> : <br> : |
| AMANDA K. METSKAS, 41 Starr Ave, Columbus, OH 43201, | : <br> : <br> : |
| ROY SPECKHARDT, 2101 16th St, NW Washington, DC 20009, and | : <br> : <br> : |
| C. RICHARD DAWKINS, 14 Bradmore Rd, Oxford, OX2 6QP UK, | : <br> : <br> : |
| Defendants. | : |

DEFENDANT C. RICHARD DAWKINS' MOTION TO DISMISS PLAINTIFF ROGERS' FIRST AMENDED COMPLAINT AS TO HIM

Pursuant to F.R.Civ. P. Rule 12(b)(6), Defendant C. Richard Dawkins ("Dr. Dawkins") moves this Court for its Order dismissing Counts Two, Three, and Four, naming him as a Defendant and dismissing him as a party defendant to the instant case. In support, Dr. Dawkins adopts the applicable arguments contained in the memoranda in support of their pending motions filed by the other defendants and submits his memorandum in support accompanying this motion.

Respectfully submitted,

C. RICHARD DAWKINS
By counsel

By: **/s/ Mark L. Shaffer**
Mark L. Shaffer, D.C. Bar #346940
The Shaffer Law Firm, PLLC
2000 K Street, NW
Suite 600
Washington, D.C.  20006
(202) 223-3211 telephone
(202) 223-3611 fax
shaffer@markshafferlaw.com

By: /s/ **John D. McGavin**
John D. McGavin, D.C. Bar #475899
Dawn E. Boyce, D.C. Bar #440010
Martin Schubert, D.C. Bar #1004464
Bancroft, McGavin, Horvath &
Judkins, P.C.
9990 Fairfax Boulevards, Suite 400
Fairfax, Virginia  22030
(703) 385-1000 telephone
(703) 385-1555 fax
jmcgavin@bmhjlaw.com
dboyce@bmhjlaw.com
 mschubert@bmhjlaw.com

CERTIFICATE OF SERVICE

I certify that I filed the foregoing DEFENDANT C. RICHARD DAWKINS' MOTION TO DISMISS PLAINTIFF ROGERS' FIRST AMENDED COMPLAINT AS TO HIM using the Court's CM/ECF system and thereby served all counsel of record who have appeared in this case thus far.

Steven Gremminger
Steven M. Oster
Gremminger Law Firm
5335 Wisconsin Avenue, NW, Suite 440
Washington, D.C. 20015
steve@gremmingerlawfirm.com
steveo@gremmingerlawfirm.com

Robert W. Johnson II
Johnson, Rogers & Clifton LLP
401 Ninth St. NW, Suite 640
Washington, DC 20004
robinjohnson@jrdc.us
*Attorneys for Plaintiff Edwina Rogers*

Nat P. Calamis
Carr Maloney P.C.
200 L Street, NW, Suite 450
Washington, D.C. 20036
npc@carrmaloney.com
*Attorney for Defendants SCA,, Inc., SCAEF, Inc., and Amanda Metskas*

David F. Grimaldi
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, NW, Suite 703
Washington, D.C. 20036
d.grimaldi@mdgg.com

James S. Aist
Anderson, Coe & King, LLP
Seven St. Paul Street, Suite 1600
Baltimore, MD 21202

T: 410-752-1630 / F: 410-752-0085
aist@acklaw.com
*Attorneys for Defendant Greg Langer*

Leslie Paul Machado
LeClair Ryan
2318 Mill Road, Suite 1100
Alexandria, VA 22314
leslie.machado@leclairryan.com
*Attorney for Defendant Roy Speckhardt*

Date: November 6, 2015                   **/s/ Alison C. Landry**
                                                                                           Alison C. Landry