

**From:** Greg Langer <glikeminds@gmail.com>
**Date:** August 24, 2014 at 5:45:30 PM EDT
**To:** Edwina Rogers <edwinarogers@jrcdc.us>
**Cc:** Steve Rade <steverade@wirexgroup.com>, Amanda Metskas <amanda.metskas@campquest.org>, Patricia Guzikowski <pattygee@wi.rr.com>, Woody Kaplan <woodyaclu@aol.com>, Todd Stiefel <trs1470@aol.com>, Richard Dawkins <richard.dawkins1@mac.com>, Robin Cornwell <robin.cornwell@gmail.com>, Greg Epstein <gepstein23@gmail.com>, Dave Niose <dniose@comcast.net>, Roy Speckhardt <rspeckhardt@americanhumanist.org>, nightwalker@geekexile.com, Herb Silverman <SilvermanH@cofc.edu>, August Brunsman IV <august@secularstudents.org>, Jesse Galef <jesse.galef@gmail.com>, Lou Appignani <appignanilou@aol.com>, Ellery Schempp <elleryfs@comcast.net>, Robyn Blumner <robyn@richarddawkins.net>, "Debbie Allen @ San Diego Coalition of Reason" <sandiegocor@cox.net>, Jason Torpy <president@maaf.info>, Stuart Bechman <sbechman@sbcglobal.net>, "Lloyd S. Rubin" <rubin004@gmail.com>, Maggie Ardiente <mardiente@americanhumanist.org>
**Subject: Langer Responds with Evidence to Edwina's Unabated Attacks, Lies, Distortions and Delusions/Re: Langer Reveals He And Amanda Got Rogers Fired From SCA; Hints Epstein At HHC Is Next**

Ok, Edwina, I'll go one more round; a very long round. (Sorry everyone for the length - it's partly because it contains private emails between me and Richard that, unfortunately, I am now forced to reveal to defend myself.)

It would be great if you didn't force me to have to do anything like this again so please, I beg of you, don't respond unless you get an email from people asking that they receive your response. Fair enough? I don't want to get it either, ok? In my opinion, it's intrusive and presumptuous of you to take up so much space and time in other people's lives. You do realize, I hope, that most people don't care to spend time thinking about you and your life situation.

[I apologize to those receiving this email who don't want to receive it. Please delete it although if you read Edwina's prior emails attacking me I do request that you read my fact-filled, evidence based response. I've tried to keep my tone respectful and hope you'll excuse any occasional misstep. This has been a Kafka-esque experience for me. I have been attacked repeatedly so I feel I have no other option than to respond. I will back up what I say with facts, evidence, witnesses, etc. If I make a mistake, please correct it and I will acknowledge it. My goal is to put an end to this.]

First, please let me know if I need to get a restraining order to prevent you and your pals from continuing to harass me with this inexplicable defamation campaign against me, punctuated with vicious, hurtful personal attacks against me and my wife. I expect you are pursuing your bizarre conspiratorial theories and allegations because you are fishing for something that will help you in your battles with SCA and your divorce and custody proceedings. I've left you a number of voice mails recently to discuss this with you so we could avoid this public spectacle but you have chosen to do all you can to force me to engage in a public discussion to defend myself and my integrity. You may want to lawyer up.

You send libelous emails attacking me to all sorts of people but don't let me know who they are. If you are going to engage in a systematic campaign to assassinate my character and defame and libel me it would be nice if you allowed me to respond to the same audience (or at least forwarded this email to those you have sent yours). Your emails are filled with disinformation, misinformation, hearsay and innuendo. You do this without knowledge of the facts and sometimes despite such knowledge. You do this with the obvious and malicious intent of inflicting extreme emotional distress upon me and my family. Your reckless, vindictive and destructive behavior has borne out all of the concerns I had about you. ==If the price for my clearly foolish and naive decision to volunteer as a peacemaker in the SCA situation is that I am no longer a part of this movement, I will pay it gladly if it results in you and yours being out of this movement.==

I have tried to keep the matters you misrepresent quiet out of respect for the people involved. At this point, however, you leave me no choice but to respond to you and yours, and address the accusations, even if that means I may not be able to avoid airing some dirty laundry or sharing private correspondence. I get no pleasure from and resent having to do so. You are worse than the NSA in your invasion of my privacy and your impact on all of us in the movement. I don't expect my private emails to be shared by others or picked apart (especially years later) and taken out of context to promote someone's agenda. Talk about violating someone's expectation of privacy and putting a chill on free speech. Do you want every email saying something negative about you to be culled from the Internet so you can attack the person publicly for expressing themselves? Or do you just want to make it illegal or actionable for anyone to say something negative about you?

For your actions in causing internecine warfare in this movement, for causing all of us to now be concerned about anonymous accusations and private emails being made public, for your use of veiled threats, unnamed people, innuendo and unsubstantiated and outrageously untrue statements intended to destroy and

defame people in the public square without due process or any remotely reasonable and fair process, and for instilling fear and creating an environment of angst and distrust where people don't know who is their friend and who is their enemy, I hereby nominate you for the Joseph R. McCarthy Award. Congratulations.

I am not in an emotional mood as I was when I responded to your last email that was obviously intended to provoke me and, like your last one, was clearly written to serve your personal interests. Congrats on bringing out the worst in me. Mine was a strong emotional response to the never ending stream of nasty, vicious, libelous mass emails from you, Rade, Rubin and others who refuse to leave me alone and demonstrate your and their clear and deliberate intent to inflict emotional distress on me. Unlike you, I am not a "professional" or a public figure (like Greg Epstein and Richard Dawkins). ==I am a volunteer who is being forced to spend my invaluable time dealing with baseless accusations, ceaseless attacks and unending toxicity from you, Rade and Rubin.==

I encourage you to identify by name all of your supporters or send copies of "the emails [that] have been poring in from others with similar mistreatment." Why hide? Where is your transparency? I guess you think it's fair for you to subject me and others to your constant abuse without identifying your supporters. Mine are pretty obvious. You love to throw stuff out there with no support as if you have credibility. You're a lawyer. Offer proof. Have you shared Brian Field's response to your latest email? Of course not. You can't just say stuff, Edwina - our community is smart and evidenced based. You want to compare evidence? Let the games begin.

I had no idea I had the power and influence you attribute to and bestow upon me. I control no organization; neither by title nor donations. I am a person who talks candidly (oftentimes too candidly for some, especially when I am repeatedly and intentionally provoked). I provide information, offer my skill set and contacts without compensation (while incurring lots of expenses and expending considerable time) and let people decide to work with me as they wish. I control no one and no thing. I need nothing from the movement nor anyone outside my "circle."

You are a seasoned lobbyist who has been involved in many public battles so perhaps you enjoy this process. I don't. I do not wish to play your games and have no stomach for this public spectacle you seem intent on promoting *ad nauseam*. The concept of my "owning" the secular movement is absurd beyond words. I want for nothing (except to be free from you and yours) and would be having a much happier time (at home especially) if I had no involvement in the movement.

==I tried to serve as a peacemaker re the SCA situation because people I know, like and respect were being savagely and unfairly attacked by you and yours while having their hands tied behind their backs. You and yours seem more interested in a scorched Earth policy than the mission of the movement. The only reason I continue to have any involvement in this movement is because many people keep asking me to stay involved and help.== My family thinks I am nuts for subjecting

myself to this constant abuse and I believe they are correct. Nevertheless, the mission of the movement remains and no matter what one does, there will always people like you, Rade and Rubin out there to deal with and ultimately ignore.

I am not interested in winning a popularity contest and don't care what anonymous people say about me behind my back. I find such behavior cowardly and unbecoming. I'm always open to discussion and criticism; it helps me grow and learn. Please ask Woody if he knows anyone who welcomes constructive criticism more than I do.

If you wish to refer to negative emails received about me please tell the people who wrote them to contact me directly or get their permission to send them to me. I can't respond to shadows and people who are afraid to identify themselves and engage in a discussion. I also can't make any personal improvements if I don't know that someone takes issue with something I've said or done. I don't recall ever proclaiming to be perfect. I have lots of flaws, including a temper and the inability, sometimes, to refrain from reacting too strongly (and, yes, unprofessionally) to personal attacks, especially when someone attacks my wife and love of my life for 41 years. Btw, she doesn't "work" when socializing but I do still ask for her impressions and thoughts; I didn't know that was socially unacceptable or different than what everyone else does.

You don't seem to want to play fair. You accuse the SCA of hiding information because the board members are following absolutely standard legal advice. Yet you don't offer to waive any claims you may have against them if they make any statement about you in response to the demands of unhappy donors. I made a proposal to Rade that would allow the unhappy donors to hear from the board. That was before he ambushed me on the telephone with an unprovoked, brutal verbal attack after fooling me into thinking he wanted to work with me to resolve the SCA crisis. My proposal was that you and the board decide together what you wanted to tell the donors and/or the public with regard to your termination. The parties would waive any claims against the other with regard to just that statement, while retaining all other legal rights regarding your termination. My goal in situations like these is to find solutions and resolve conflicts rather than feeding disharmony through incitement. What's your goal?

If you reject my proposal based on the advice of your counsel, please explain how that is any different than what the SCA board is doing. It appears to me that you are just trying to piss people off until, like me, they explode in frustration so you can gain information for some kind of lawsuit. Your tactics and strategy are transparent.

When I'm on a board I exercise my fiduciary duties to the best of my ability. There are times when that means I discover information that is troubling and must be addressed by the entire board. As you well know, board members have a fiduciary duty to the organization, not the person who founded it or who runs it. I am always happy to leave an organization if the head of that organization wishes me to do so.

I have read Greg Eptein's emails, including the one below. Out my profound

concern for him and his well-being, I will say as little as needed to defend myself. The board of HCH is comprised of wonderful, ethical and bright people who will make whatever decisions they do based on the facts. The board members who are most knowledgeable about HCH and the reasons for my resignation have been extremely supportive, with much praise and thanks expressed for my service and dedication.

You do not know the facts. Greg may present them as he wishes. Lots of people know the truth because they were intimately involved. No matter what has transpired, I (and my wife) still consider Greg to be family (as we have treated him for years), and hope to reconcile with him when this crisis has passed and he learns how kind I have been to him behind the scenes. Any animosity he has toward me has no impact on my warm feelings toward him. He's going through a rough transition. I've tried to support him and he has expressed his thanks repeatedly and profusely up until a couple of weeks ago when he decided to stop communicating with me. I have innumerable emails from him to support my statements but you will never see them because they are private matters. Ask Greg if any non-famlly member has ever provided him more support, love and constructive advice or has been more committed to or spent more time helping him than I have. You have no idea of the pain and disappointment I feel re the HCH situation. I am in mourning over Greg.

Re: "taking full credit along with Amanda for getting me fired" - that is nonsense. You are the one who gets the "credit" for getting you fired and putting SCA in its current situation. You are the one threatening to sue the SCA and its board members while excoriating them for being quiet on the advice of their counsel. You are the one engaging in libelous mass email campaigns and otherwise doing everything you can to divide people in this movement and "chill" any candid and open discussion. You keep blaming everyone but yourself for your circumstances and the situation you created.

In late May I asked to talk with you right away about an email I received regarding your hiring a full time community person who appeared to know nothing about the SCP, even though we had talked about how excited we were to work together on it for months and you were one of the first people to whom I gave the SCP proposal. I even told you I thought the SCP could eventually end up at SCA.

You responded to my email with an out-of-the-blue response that shocked me as I had considered you a valuable colleague for whom I had substantial respect, enjoyed working with and had a candid relationship that led you to share what I thought was highly confidential information about Richard Dawkins and various goings on at RDF. (I believe that Robyn Blumner participated in some of those conversations and can verify what you said to me.) When I called Amanda in an attempt to find out what was going on, she listened to what I said but would not tell me what else was going on with you. I intuited that something else must have been going on but left it alone as it was not my business. I assure you there was no joy in making that call but as you refused to provide an explanation, I had no choice other than to ask someone who might be able to give me one as I was very confused and wasn't willing to wait 5 days to talk with you.

This "hated Republican" stuff is also nonsense. Among hundreds of emails, Woody sent an email praising Republicans a while ago and I wrote an emotional response after a day of frustration listening to right-wing Republicans, a group you do not fall into. (I followed up with an explanation for my initial response, which of course you don't mention.) You sure seem to have a thin skin for a seasoned political operative. Share the email and the thread and back up your claim (I tried to find it but couldn't). Then consider whatever it is I said in the heat of that moment (I'm human, remember?) and in the context of the many pleasant, collegial emails and conversations we have had, along my major public support of you in the movement before you poisoned our relationship without provocation.

Re my wanting Amanda in your job, Rade has an email from me in which I say that I did not support Amanda taking your job. Please stop making stuff up.

Re the SCP being "no longer welcomed at the Harvard Humanist Community…" That's just silly (and by the way you got the name wrong). The simple, unquestionable truth is that Greg Epstein went through a deep and profound personal process resulting in him deciding that he did not want to be involved in the SCP so he could concentrate on doing things that made him happy. Ask him if that's true. He's entitled to change his mind and decide what he wants to do with his life. I supported him and did all I could to make that transition as easy as possible, including delaying notifying the board prior to his wedding and honeymoon so as not to have a negative impact on that event. When Greg suddenly refused to communicate with me after he recently advised the board for the first time that he didn't want to participate in the SCP and I realized there were donor/economic issues involved, I resigned immediately. I wanted to avoid any potential conflict of interest regarding the donations made to HCH for the SCP as I have been asked to continue with that project. He made it abundantly clear that it meant a great deal to him that I attend his wedding in June and the events reserved for his closest friends and family. Ask him and others who know the truth.

I don't want to say more than that publicly (and would say nothing at all but for his emails and your mean-spirited and deceptive misuse of them) but I know the truth and have the emails, etc. to prove my statements are true. It sure would be nice if you stopped making reckless, unsupportable statements and accusations. If you're going to put so much effort into defaming me it would be nice if you at least did some homework rather than engaging in baseless and libelous speculation and accusations. You might want to consider that many people know exactly what happened re the SCP and HCH but are exercising restraint. Btw, the current proposal is for Jesse Galef to retain an office at the HCH Humanist Hub and interact with those running the Hub. HCH would still be a flagship of the SCP. So, the SCP is fully welcomed at the HCH but it will go on without Greg's active involvement.

I've been trying to get the SSA to carry out the mission of the SCP since at least January 2010 per an email I sent to August. I have that email also. HCH took it on only because SSA couldn't because it was concerned about "mission creep." Also, working to build community was the specific "call to arms" challenge at

the end of Greg's book. He said he wanted to do it and I offered to help. Do I need to show you the innumerable emails in which he thanks me profusely for my support and commitment?

Amanda had no involvement in getting the SCP "parked" at the SSA. I thought I had told you that the "flagship based/national organization coordination" SCP proposal resulted from a breakfast meeting in November 2013 between me and Evan Clark, then Chair of the SSA, where I broached the idea and asked his thoughts about hiring Jesse to run the SCP out of HCH. We coordinated with August. So, your conspiracy theory is wildly speculative and untrue. I have those emails too.

Re "new plot to get Greg Epstein fired" - That is an absurd, libelous and wholly inaccurate and mendacious claim. Quite the opposite is happening. If you want to know how absurd, talk to some HCH board members. I'll give you their contact info privately so you can ask for yourself.

You now publicly claim that I wrecked the Richard Dawkins Foundation. I find that to be a particularly cruel and deceitful statement that proves beyond a doubt your malicious intent to inflict as much emotional distress on me as possible due to its breathtaking reckless and wanton disregard for the truth. Your comments make me wonder if you think I'm an all-powerful god or something. Richard controlled RDF. There were three trustees. I was one of them. Todd Stiefel was another. We all served at Richard's pleasure. I exercised my fiduciary duties in the manner I believed was appropriate and ethical. I stand by my actions and decisions. A while after I resigned from RDF I heard rumors that Richard was blaming me for the situation he created and the consequences for which he was responsible. (Yes, that upset me terribly and led me to have some negative feelings toward Richard, which I expressed privately to people I trusted.). Relationships can be complex and emotions can leak out, especially when one feels betrayed. There are plenty of people who know the truth so I let it ride as best I could even though the rumors stung. If Richard had stood up for me and responded to Rade's recent accusations I would not be sharing the following emails but his failure to do so leaves me with no other option if I am to defend myself with the truth.

Here's the email Richard wrote to me on February 8, 2011 after Todd resigned following many months of Todd and I experiencing great frustration with what was going on at RDF (I wanted to resign also but stayed on because Richard and Woody asked me to):

"Dear Greg and Andy

Todd's departure took me by surprise. It leaves the US foundation with an even number of trustees, as was the case when I resigned and brought the number down to three. Having only two trustees is widely seen as undesirable, and I think it may actually be against our bylaws. This, together with the fact that I am playing a much more active role in the affairs of the US foundation than I thought I would when I resigned (e.g. flying to meet would-be benefactors), plus of course the fact that I care passionately about what happens in the US and am

excited by the new developments now being proposed, leads me to offer myself for re-election as a trustee of the US Foundation, if the two of you would like me to. You would need to be unanimous, in order for me to agree to return.

All good wishes

Richard"

Keep in mind that this was after the lawsuit was filed (with the unanimous approval of the trustees and Richard), after Todd and I spent countless hours trying to implement standard management procedures at RDF and after having failed to be able to get done what we knew needed to be done. Those are facts, not my opinion. Of course, you have knowledge of most if not virtually all of these things and much more but you make your accusations anyway. I have all sorts of emails backing up my statements.

Given your and Rade's comments about me and Richard, here's the email exchange with Richard that lead to my resignation from RDF; his email was sent on February 24, 2011 in response to mine that I sent the day before (it's below his):

"Dear Greg

I really like you, and I acutely feel for the sense of frustration you express in your email below, and the annoyance that you and Deb obviously feel. Todd resigned because being on the board of RDFRS was not fun. I sense that you too are feeling aggravated to the point of resigning, you have said that Todd is urging you to do so, and I sympathise. It obviously isn't fun for you. I hadn't realised how frustrating the academic mind can be to those more used to a legal or financial environment. Perhaps you can see that it might work the other way around, too! Anyway, I guess an academic scientist is just the way I am, and perhaps it is too late for me to learn new tricks.

I am about to celebrate (dubious word) my 70th birthday and have been officially retired for three years. When I founded RDFRS I intended it mainly as a conduit for me to donate money to atheist and sceptical causes, to foster reason and science and oppose religion and superstition. I needed a US charity as well as a British one, so that I could donate, as a UK taxpayer, in a tax-efficient manner to the USA. RDFRS has turned into something more pro-active and, under the influence of you and Todd, more dynamic, more financially and legally savvy. Alongside this have come interactions with other atheist organisations, sometimes amicable (but tedious as in the case of SCU), sometimes (as in the FC case) horribly acrimonious. At my age, this kind of thing is no longer fun. The US Foundation, unlike the British one, is frustrating for me, for different reasons than your frustration, but nevertheless frustrating – bad for my health, bad for my marriage, bad for my life. As, for different reasons, it is for yours.

You are driving, energetic, enterprising, inventive, imaginative – and, as so often goes with those virtues – abrasive and dominating. Your real talents deserve to be used to the full, in an organisation that can truly benefit from your dynamism.

But I have reluctantly come to think that organisation is not RDFRS. I have to agree with you that RDFRS, under my influence and with Todd gone, is not an environment in which you are flourishing in the way that you should.

I honestly think, Greg, that you and I (and Deb and Lalla) would be happier if you were to follow Todd's example. But I would most earnestly and sincerely wish this to happen in a spirit of warm friendship, as it has with Todd: indeed followed by increased friendship under the easier circumstances that would then prevail. Because, as I said at the start, I really like you.

With my warm regards and good wishes
Richard"

[Btw, I thought it was pretty cool that Richard called me "abrasive and dominating." High praise from a man I admired greatly for his courage and whose sometime abrasive and dominating style is one of his trademarks. I appreciated getting that candid feedback from Richard and have worked hard at being less abrasive and dominating. Not hard enough, I guess, for some people!]

On 23 Feb 2011, at 15:48, Greg Langer wrote:

Richard,

I've hesitated writing and sending this email, but after a rather miserable week and week-end due to the situation at RDF and not having the opportunity to speak with you directly, I decided it's best to send this so at least you know my thoughts. What happens next I will leave up to you.

I am at a loss as to what to do presently vis-a-vis RDF and the movement. It appears that my efforts to facilitate progress on various projects is not being received well by some (although very well by others). I believe some people are seriously misunderstanding me and my motivations, but I can't address shadows and prejudices.

I'm not new to organizations, classic human behavior, internal challenges and the like. I have always believed that nothing happens without a team approach. As an athlete active in team sports my whole life, I learned that very early on. It's part of my DNA.

I think my career and accomplishments demonstrate that I have effectively used that team approach consistently over 40 years of successful non-profit work, for which I desired and received little public recognition. I don't care; I just wants things to get done. Nobody remembers or cares who did anything anyway. The pleasure is in getting the work done and seeing the people helped. I get that pleasure almost everyday driving around LA and looking at the affordable housing developments I've helped create.  I was hoping to make similar contributions to RDF and the movement.

The world of scientists and academics that I am in now is new and unfamiliar to me. If you think I'm ill-suited to it, please let me know.  I am in the fortunate

    position of being able to offer my skills on a volunteer, virtually full-time basis to many non-profit organizations. I had hoped to use those skills to help RDF and the movement, but under the circumstances of the last nine months, I feel compelled to reconsider whether that is likely to occur and whether my time might be spent more productively elsewhere. Todd reconsidered and resigned from RDF, and focused on other movement activities. I'm trying not to resign from RDF, but the purgatory in which I feel I'm now existing is terribly uncomfortable, disconcerting and destabilizing to me and Debra. I am rather depressed about the whole thing.

  I do not know what is happening at RDF in terms of organization, D&O insurance, operations, budget, strategic plan, fundraising, projects, etc.. I am unaware of any schedule or goals for 2011. I have dramatically reduced my contact with Robin to respect your chain of command. I am not doing anything right now with anyone on behalf of RDF because I don't know what, if anything, is wanted of me or RDF's direction.

  I do not know what to say to people I've been working with for months, including Blaine, Emma, Travis, Emily Jillette, song writers and musicians, and Laurie Santos regarding projects like science vignettes, internet videos, the Science Advocacy Board, and a host of other projects. So, in order not to do any harm to RDF, I avoid contact.

  If you would like to talk with me directly, I am available. I don't know what else I can do under the circumstances.

  Regards,
  Greg"

  I knew little about what happened after I resigned and have no idea why, if it is true, that Richard subsequently made me the scapegoat for what happened at RDF. It saddens me that my and my wife's relationship with Richard was not "followed by increased friendship under the easier circumstances that would then prevail." We very much enjoyed spending time with him and liked him personally. I don't expect people to be infallible and am almost always open to reconciliation.

  Also, you might want to keep in mind the numerous unflattering statements you made about Richard to me (and Robyn Blumner and who knows who else); things I've chosen to not to mention because now that I know more about you, I do not believe they are true.

  I think SCA and the movement will be much better off and much stronger due to what has happened. I expect some donors will not support an organization that takes money from Lloyd Rubin. I will not have anything to do with an organization that takes money from Rade unless he redeems himself somehow. I will not be a part of the movement if these guys are its primary donors (but do not see my involvement as particularly important to the movement or me). I have spoken to people who feel similarly about donations from those two and who appear to have the capacity to make up the funding shortfall. We'll see what

happens.

I agree wholeheartedly that "It is not professional to refer to [you] and others as "the shit on [my] shoe." It was a crass and vulgar thing to say borne of emotion, outrage and frustration. I wish I had used another word.  "Gum" would have been just as effective but not nearly as gratifying. Again, I'm human and don't respond well to being attacked or having my wife attacked. I guess you don't apply the same standard to your supporters Rade and Rubin who have said far more offensive things to me via email and, re Rade, on the telephone. (I'd love to have Rade say one of those things to my face.) Also, I was raised by a father in the garment district so I may be a little too rough around the edges and too direct for some people. Nevertheless, I don't hide it and I don't apologize for it. If people don't like it they shouldn't engage with me, especially in a hostile manner. I don't take crap from people.

I have my friends and colleagues in the secular community and you have yours. There is no need for us to have any further contact with each other. Please spend your time doing something productive rather than waging an ongoing, pointless campaign that is nothing but destructive, deeply hurtful and a colossal waste of time and energy.

I have nothing more to say to you and once again ask you and yours to leave me alone (other than letting me know if I need to get that restraining order). I have some productive work to do with wonderful people and will focus my attention on that.

Greg