Greg Langer [mailto:glikeminds@gmail.com]
**Sent:** Sunday, July 27, 2014 2:43 PM
**To:** Lloyd S. Rubin
**Cc:** Steve Rade; Woody Kaplan; Steve Uhl, PhD; Diane Uhl; Herb Silverman; Greg Epstein; Dave Niose; Amanda Metskas; Jesse Galef; Andy Caster; August Brunsman IV; Todd Stiefel; Lyz Liddell; Amanda@campquest.org
**Subject:** Re: Letter To The SCA Community // RUBIN REPLY
**Importance:** High

Dear Mr. Rubin,

I'm certain that all of us who participate actively in the movement are appreciative of your very substantial contributions to the SCA and other national movement organizations. I believe that major donors such as yourself are entitled to as much information as possible. I, too, am very demanding with regard to full disclosure, transparency and communication and appreciate when others are also.

That has been consistent throughout my 40+ year involvement in non-profit organizations, to which I've applied my business and law degrees and experience. I provide that information to demonstrate that my background causes me to appreciate your perspective, along with your frustration and resentment. You have understandable and legitimate concerns that must be addressed. I must ask you, however, to please consider that the swiftness of your actions and the tone of your emails are likely to cause collateral damage to many national organizations and the movement in general. Yes, you are entitled to information and action, but this is a very challenging situation and the facts are simply not known.

One of my reasons for sticking my neck out is that, despite various affiliations, I am independent; a volunteer with no axes to grind and no desire or stomach for unpleasant group dynamics.  I believe you have the power to seriously damage the movement and directly harm innumerable people who have worked their asses off to do the work you have been supporting so generously for years. I also expect that the leaders of various organizations are a bit hamstrung regarding what they can say because none of them want to get involved in such a difficult and opaque situation and they don't know any more about what happened than anyone else.

The SCA/Edwina situation is a major disruptive event. It threatens the progress, cohesiveness and well-being of the movement. Please, let's proceed at a more measured and  appropriate pace, without attacks on people's character and integrity and interact with the mutual respect to which we are all entitled. People can disagree without denigrating each other. Also, while money often translates into power, I do not think it is appropriate for someone, anyone, to, essentially, bully those who don't have the same financial resources.

I guess I need to establish my bona fides by letting you know that while I have not contributed nearly the amount of dollars to the movement that you have, over the last 5 years I have contributed a minimum of 2,000 hours of my time (much of it professional), which, if I billed at my standard rate, would be valued at a very considerable amount. It was my pleasure to volunteer such time because I believe deeply in the critical importance of the secular movement

and the exceptionalness of the Millennials that will lead this movement to success. Based on my emails, since at least January 2010 I have been trying to figure out how to put together a national secular community project focused on Millennials and based on the coordination and cooperation of national organizations led by the SSA and SCA.

So, I have substantial skin in the game.

I ask you to consider the following: As a major supporter of the secular movement, you certainly recognize that our movement is built on a foundation comprised of many national organizations, each of which resonates with and is supported by different segments of the movement. I believe they are interdependent and collectively make the secular pie bigger and more attractive to the media, the general public and donors. Given SCA's influence and importance to the movement, I hope you agree that it is best that we not promote quick actions and angry (yet uninformed) withdrawals of support. Once again, it looks like we are eating our young, something I've found to be a disturbingly frequent occurrence in the movement. I guess we're all too independent, opinionated ands strong willed.  I appreciate frank talk; as, apparently do you. So, let's engage while keeping our eyes on the prize - the growth and success of the secular movement.

Surely with your experience and maturity you would put the mission of the secular movement above any personal outrage and animosity you may have (justifiably or not) toward one person or even many who may genuinely disagree with your position on this matter. ==As an attorney and a businessman, I would never, ever, talk about a labor matter with anyone unless I was legally required to do so. That's the way it is now. Anyone making a different decision would, if I may be candid, be acting like a fool. I can not imagine that you would do the same against strenuous, unremitting advice of counsel.==

I hope that we have sufficiently established our bona fides to engage in productive conservation. Nothing I have (or will) say is being said with any negative, pejorative or sarcastic tone.

Best,
Greg


On Jul 26, 2014, at 2:28 PM, Lloyd S. Rubin <rubin004@gmail.com> wrote:

Dear Mr. Langer ..

You said in your email : "**We have fewer resources than we need. Taking actions that will reduce our resources is,**
**to me, counterproductive and potentially suicidal.**"

I agree !  However the loss of my $1.5 million donation of my art collection . . that would have benefited
SCA and its affiliates .. is not exactly "chopped liver" .. nor was my cash donations of $230,000+

directly to SCA in 2013-14, and my additional donations directly to AA and AHA, and a few other affiliate Orgs. totaling about another $200,000+ in 2013-14 .. and yes, as a major donor . . cover-up and "secrecy", are very disrespectful.

You can start "fixing" SCA as they did with Humpty Dumpty .. or use a large quantity of Crazy Glue.

Or, on the other hand, if you happen to have $2 million dollars available .. That would be a good direct donation gesture on your part .. to replace my donations out of your pocket.

Respectfully,
Lloyd S. Rubin

**From:** Lloyd S. Rubin [mailto:rubin004@gmail.com]
**Sent:** Saturday, July 26, 2014 2:40 PM
**To:** grumpmeisters@hotmail.com
**Subject:** FW: Letter To The SCA Community // RUBIN REPLY
**Importance:** High

F Y I

**From:** Lloyd S. Rubin [mailto:rubin004@gmail.com]
**Sent:** Saturday, July 26, 2014 2:16 PM
**To:** jat4m@eservices.virginia.edu
**Subject:** FW: Letter To The SCA Community // RUBIN REPLY
**Importance:** High

F Y I

**From:** Lloyd S. Rubin [mailto:rubin004@gmail.com]
**Sent:** Saturday, July 26, 2014 11:19 AM
**To:** dreich54311@gmail.com
**Cc:** Amanda.metskas@campquest.org; Jamila.bey@secularstudents.org; Shekenne@iupui.edu; Michael@volary.org; Mandisathomas@bellsouth.net; Sasha.bartolf@gmail.com; Dniose@comcast.net; Bonnie@shj.org; Pattygee@wi.rr.com; Halexander@ncadp.org
**Subject:** FW: Letter To The SCA Community // RUBIN REPLY
**Importance:** High

Dear Mr. Reichert ..

When Edwina was fired .. the reason for this rash action was deemed "a secret" by present SCA management … Mainly Amanda's secrecy orders to All .. I canceled my gift of 2,333 orginal artworks worth $1.5 million at fair wholesale value.

That gift was 90% ready for display on the websites of all SCA affiliates as a unique method of fund raising for SCA and affiliates. I doubt if the SCA Board was fully informed

that by firing Edwina ( who actually traveled to Panama to view my art collection in storage) and she arranged for another donor to inventory and ship the art from Ohio .. and that donor had agreed to pay for all shipping costs to art buyers.

Had the SCA Board waited 10-15 more days before firing Edwina .. the art sales would have been underway, and not retractable at that point.  FACT : The impulsive firing of Edwina cost SCA and affiliates  .. $1.5 Million. What crime did Edwina commit that was so vile that it was worth losing the largest single gift ever to SCA?

Just a costly Board action .. and not well thought out in a business-like manner.

Cordially,
Lloyd S. Rubin
Benefit Art Fair