On Sat, Sep 6, 2014 at 7:22 PM, Greg Langer <glikeminds@gmail.com> wrote:
Ellery,

I should probably refrain from responding to your email but It's almost impossible for me not to because you keep making assumptions that I know to be patently untrue and unfair. As you know, I've responded politely and productively to other emails you've sent but you've chosen not to respond. Seems like you're just interested in stirring the pot than doing anything constructive.

Woody has been wanting to "resign" from active involvement in the movement for years. His involvement has diminished dramatically over the last three years and I and others who know him well fully expected that his active involvement would end before now. This is not news. The news was that he stayed involved as long as he did.

He said he is not "actively engaged in advising both board and staff" so he wants his proper role to be reflected accurately. If you read his email, you'd see that he is willing to keep "the title of chair." Unless you know Woody very well (as I believe I do), I encourage you not to put words in his mouth or assume his intentions. He knows how to express himself. If you have questions about someone's intent, I encourage you to ask them before engaging in wild and erroneous speculation. Woody rarely hesitates to answer a question but you better be careful what you ask him because his response will likely be radically honest.

==I can also tell you unequivocally that Sean Faircloth deserved to be fired for his behavior. No ifs, ands or buts. No, I won't tell you why because I don't want to expose myself like I did re the SCA situation.  Btw, I didn't see you standing up for Humanist principles when I was viciously attacked and libeled by the likes of Edwina, Rade and others whose lies were exposed by me with facts and written evidence. Funny how they shut up when presented with hard facts and proof to rebut their libelous statements. I still haven't decided whether I want to sue them. They should be ashamed of themselves.==

I don't understand why you continue your involvement in all of this if you don't like the way the movement's leaders behave.

Also, if you want the SCA board members to say what they want about Edwina, why don't you agree to indemnify and defend them against any lawsuit brought by Edwina? Or why doesn't Edwina just waive her legal rights against them re a joint statement that she signs off on?

You don't propose solutions, you just complain and make false, baseless accusations and claims.

It's time for the younger people (the Millennials) to take over and for guys like you and me to either help them or get out of their way. I haven't decided what I'm going to do but I can assure you that I will avoid anyone associated with Edwina, Rade or Rubin. I believe I am in good company when taking that approach.

Have a great weekend.

Greg