# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**EDWINA C. ROGERS,**

        **Plaintiff,**

v.                                 Case No. 1:15-CV-00767-CRC

**SECULAR COALITION FOR AMERICA, INC., et al.**

        **Defendants.**

_____/

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Edwina Rogers voluntarily dismisses her claims against Defendants Secular Coalition for America Education Fund, Inc., Greg R. Langer, Roy Speckhardt, and Richard Dawkins.

February 19, 2016

**/s/ Steven M. Oster**
Steven Gremminger (DC 353821)
Steven M. Oster (DC 376030)
GREMMINGER LAW FIRM
5335 Wisconsin Ave., N.W., Ste. 440
Washington, D.C. 20015
(202) 885-5526
steve@gremmingerlawfirm.com
steveo@gremmingerlawfirm.com

Robert W. Johnson II (DC 945170)
JOHNSON, ROGERS & CLIFTON LLP
401 Ninth Street, NW, Suite 640
Washington, DC 20004-2163
(202) 253-2112
robinjohnson@jrcdc.us

*Attorneys for Plaintiff Edwina C. Rogers*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing Motion using the Court's CM/ECF system and thereby served all counsel of record who have appeared in this case.

| | |
|---|---|
| February 19, 2016 | **/s/ Steven M. Oster** |
| | Steven M. Oster |