UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**EDWINA C. ROGERS,**

        **Plaintiff,**

  v.

**SECULAR COALITION FOR AMERICA, INC., et al.,**

        **Defendants.**
_____/

Case No. 1:15-CV-00767-CRC

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Edwina Rogers and Defendants Amanda Metskas and Secular Coalition for America, Inc., ("SCA") stipulate to dismissal of her claims against SCA and Ms. Metskas.

February 19, 2016                                          Respectfully submitted,

**/s/ Steven M. Oster**
Steven Gremminger (DC 353821)
Steven M. Oster (DC 376030)
GREMMINGER LAW FIRM
5335 Wisconsin Ave., N.W., Ste. 440
Washington, D.C. 20015
(202) 885-5526
steve@gremmingerlawfirm.com
steveo@gremmingerlawfirm.com

Robert W. Johnson II (DC 945170)
JOHNSON, ROGERS & CLIFTON LLP
401 Ninth Street, NW, Suite 640
Washington, DC 20004-2163
(202) 253-2112
robinjohnson@jrcdc.us

*Attorneys for Plaintiff Edwina C. Rogers*

**/s/ Nat P. Calamis***
Nat P. Calamis (DC495680)
CARR MALONEY P.C.
2000 L Street, N.W., Suite 450
Washington, DC 20036
(202) 310-5500
npc@carrmaloney.com

*Attorneys for Defendants Secular Coalition for America, Inc., and Amanda Metskas*

* Signed with Permission

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing Motion using the Court's CM/ECF system and thereby served all counsel of record who have appeared in this case.

| | |
|---|---|
| February 19, 2016 | **/s/ Steven M. Oster** |
| | Steven M. Oster |